IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
EX PARTE APPLICATION OF BAYERISCHE MOTOREN
WERKE AKTIENGESELLSCHAFT FOR AN ORDER
PURSUANT TO 28 U.S.C. SECTION 1782 TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDING

      v.

:
:
:
:
:
:
:

Case Number: __2:25-mc-00073__

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐   GRANTED.  The Clerk is DIRECTED to add __Matthew Carl Berntsen__, Esquire as counsel for

__Bayerische Motoren Werke Aktiengesellschaft__. _____ is DIRECTED to request ECF filing access

using their PACER Account[1].

☐   DENIED.

_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Case Number __2:25-mc-00073__

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, __Matthew Carl Berntsen__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Bayerische Motoren Werke Aktiengesellschaft My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  I state that I am currently admitted to practice in the following state jurisdiction(s):

| Massachusetts | 02-03-2011 | 678533 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| New York | 03-02-2011 | 4894309 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdiction(s):

| See Appendix | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __Bayerische Motoren Werke Aktiengesellschaft__

Name of Attorney: __Matthew Carl Berntsen__

Firm Address: __2 Seaport Lane Boston, MA 02210-2001__

Telephone Number: __(617) 646-1600__

Email Address: __matthew.berntsen@finnegan.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/2/2026__
(Date)

_____
(Movant's signature)

# APPENDIX

| Federal Court | Admission Date | ID Number |
|---|---|---|
| District of Massachusetts | December 18, 2012 | |
| Southern District of New York | January 17, 2012 | mb8752 |
| Eastern District of New York | January 27, 2012 | mb4140 |
| Northern District of New York | June 15, 2020 | 701891 |
| Eastern District of Michigan | May 26, 2022 | |
| Eastern District of Texas | May 16, 2016 | |
| Western District of Texas | November 18, 2025 | |
| U.S. Court of Appeals for the Federal Circuit | November 17, 2015 | |
| U.S. Court of Appeals for the First Circuit | October 30, 2013 | 1160946 |
| Supreme Court of the United States | March 24, 2014 | 290294 |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Matthew Carl Berntsen                    to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Andrew E. Russell | /s/ Andrew E. Russell | 05/17/2021 | 329958 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

SHAW KELLER LLP

I.M. Pei Building 1105 North Market Street, 12th Floor Wilmington, DE 19801

arussell@shawkeller.com (302) 298-0700

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __February 2, 2026__               /s/ Andrew E. Russell
       (Date)                    (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
EX PARTE APPLICATION OF BAYERISCHE MOTOREN   :        Case Number:    2:25-mc-00073
WERKE AKTIENGESELLSCHAFT FOR AN ORDER           :
PURSUANT TO 28 U.S.C. SECTION 1782 TO OBTAIN    :
DISCOVERY FOR USE IN FOREIGN PROCEEDING        :
                              v.                    :
                                                   :
                                                   :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of ___Matthew Carl Berntsen___ ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

CM/ECF System

/s/ Andrew E. Russell
_____
(Signature of Attorney)

Andrew E. Russell
_____
(Name of Attorney)

Bayerische Motoren Werke Aktiengesellschaft
_____
(Name of Moving Party)

February 2, 2026
_____
(Date)