**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | ) Case No. 25-073-GAW |
| | ) |
| In Re: Ex Parte Application of | ) |
| BAYERISCHE MOTOREN WERKE | ) |
| AKTIENGESELLSCHAFT for an Order | ) |
| Pursuant to 28 U.S.C. Section 1782 to Obtain | ) |
| Discovery for Use in Foreign Proceeding. | ) |
| | ) |
| | ) |
| | ) |

**APPLICANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S**
**MOTION TO COMPEL DISCOVERY**

Applicant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") submits this

Motion to Compel Discovery from William Marino Pursuant to Federal Rule of Civil Procedure

45(d)(2)(B)(i) and Local Rule 7.1. Specifically, BMW AG requests this Court to compel Mr.

Marino to produce documents and provide testimony as requested by the subpoenas authorized

by the Court on February 10, 2026. Dkt. 6.

This motion is supported by the memorandum of points and authorities filed concurrently

herewith. A proposed order is attached.

OF COUNSEL:
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
 (571) 203-2750

Matthew C. Berntsen
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
(617) 646-1618

Joseph M. Myles
David T. Faurie
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4372

Dated: March 20, 2026

/s/ Andrew E. Russell
Andrew E. Russell (No. 329958)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Applicant Bayerische Motoren Werke Aktiengesellschaft*

2