**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: Ex Parte Application of BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT for an Order Pursuant to 28 U.S.C. Section 1782 to Obtain Discovery for Use in Foreign Proceeding. | ) Case No. 25-073-GAW )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S
<u>MOTION TO COMPEL DISCOVERY</u>**

On March 20, 2026, Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") moved the Court for an order compelling William Marino to produce documents and provide testimony as requested by the subpoenas authorized by the Court on February 10, 2026. *See* Dkt. 6.

Having reviewed and considered all moving papers and exhibits, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. BMW AG's Motion to Compel Discovery is **GRANTED**;

2. Mr. Marino must produce the documents requested in BMW AG's document subpoena (Dkt. 1, Ex. A) within 7 calendar days of this order.

3. Mr. Marino must appear and testify on the topic described in BMW AG's deposition subpoena (Dkt. 1, Ex. B) within 7 calendar days of first producing documents.

**IT IS SO ORDERED.**

_____
J.

Date: _____