# Exhibit D

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before The Honorable Monica Bhattacharyya**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN INTEGRATED CIRCUITS, ELECTRONIC DEVICES CONTAINING THE SAME, AND COMPONENTS THEREOF | Investigation No. 337-TA-1450 |

**JOINT UNOPPOSED MOTION TO TEMPORARILY SUSPEND-IN-PART THE**
**PROCEDURAL SCHEDULE**
**AS TO QUALCOMM, ONEPLUS, AND NOTHING TECHNOLOGY**

Pursuant to Commission Rule 210.21(b), Complainant Onesta IP, LLC ("Onesta" or "Complainant") and Qualcomm Incorporated ("Qualcomm") (together, the "Moving Parties") jointly move to immediately temporarily suspend-in-part the procedural schedule in the above-captioned Investigation as to Respondent Qualcomm, and its customers, Respondents OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") and Nothing Technology Limited ("Nothing"), for a period of twenty-one days from the filing of this joint motion pending a forthcoming motion to terminate based on a settlement.

Onesta and Qualcomm have reached an agreement on a binding term sheet, and have agreed to file a motion for termination of the Investigation as to Respondents Qualcomm, OnePlus, and Nothing, upon final execution of the Moving Parties' definitive agreement. Given the imminent deadlines in the Procedural Schedule, including the cut-off date for fact discovery (and supplements to non-burden contentions) on Wednesday, February 4, 2026, the deadline for motions to compel fact discovery on Friday, February 13, 2026, and the exchange of initial expert reports on Wednesday, February 18, 2026, the Moving Parties respectfully request that the procedural deadlines as to Qualcomm, OnePlus, and Nothing be temporarily suspended.

Good cause exists to impose this partial suspension of the Procedural Schedule as to Respondents Qualcomm, OnePlus, and Nothing, as doing so will preserve substantial private party and Commission resources and will facilitate the swift preparation of the Moving Parties' definitive agreement. *See, e.g., Certain Basketball Backboard Components & Prods. Containing the Same*, Inv. No. 337-TA-1040, Order No. 12 (Aug. 7, 2017) (granting motion to suspend the procedural schedule in view of a settlement and forthcoming motion to terminate). Motions to suspend the procedural schedule based on settlement and pending a forthcoming motion to terminate are routinely granted in these circumstances. *See, e.g., Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335, Order No. 23 (Apr. 25, 2023).

To this end, the interests of efficiency will be well served by a short suspension of the procedural schedule as to Qualcomm and its customers for a period of twenty-one days from the filing of this joint motion.

**<u>Ground Rule 3.2 Certification</u>**: Pursuant to Ground Rule 3.2, the Moving Parties certify that they have made reasonable, good-faith efforts to resolve the matter with the parties. Staff and the other Respondents do not oppose the motion.

Dated: February 4, 2026

Respectfully submitted,

<u>/s/ William E. Devitt</u>
Deanna Tanner Okun
Daniel F. Smith
Lauren E. Peterson
Sean M. Wesp
POLSINELLI P.C.
1401 Eye Street N.W., Suite 800
Washington, D.C.  20005
Telephone: (202) 626-8320

William E. Devitt
Marc S. Blackman
Matthew J. Hertko
Kristina N. Hendricks
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone: (312) 782-3939

Vishal V. Khatri
Jennifer L. Swize
Yury Kalish
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Keith Davis
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, TX  75201
Telephone: (214) 220-3939

*Counsel for Respondent Qualcomm Inc.*

<u>/s/ Michael T. Renaud</u>
Michael T. Renaud
Adam S. Rizk
Samuel F. Davenport
William Meunier
Marguerite McConihe
Michael McNamara
Peter Snell
Matthew A. Karambelas
Catherine Xu
Kumar Ravula
Sean Casey
Courtney Herndon
Paul Weinand
Laura Petrasky
Hannah M. Edge
Mintz Levin Cohn Ferris
 Glovsky and Popeo PC
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

Yanyi Liu
Mintz Levin Cohn Ferris
 Glovsky and Popeo PC
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6013

*Counsel for Complainant Onesta IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026 unless otherwise indicated, one copy of the foregoing was filed/served on the following:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>**U.S. International Trade Commission**<br>500 E Street S.W., Room 112<br>Washington, DC 20436 | By EDIS |
| The Honorable Monica Bhattacharyya<br>**U.S. International Trade Commission**<br>500 E Street S.W.<br>Washington, DC 20436 | By Email:<br>Bhattacharyya337@usitc.gov |
| Ryan Schmid, Esq.<br>**Office of Unfair Import Investigations**<br>**U.S. International Trade Commission**<br>500 E Street S.W., Room 401<br>Washington, D.C. 20436 | By Email:<br>Ryan.Schmid@usitc.gov |
| Michael T. Renaud, Esq.<br>**MINTZ, LEVIN, COHN, FERRIS,**<br>**GLOVSKY AND POPEO P.C.**<br>One Financial Center<br>Boston, MA 02111<br><br>Ryan A. Rucki<br>Steven J. Torres<br>**TORRES, SCAMMON, HINCKS & DAY,**<br>**LLP**<br>119 High Street<br>Boston, MA 02111 | *Counsel for Complainants Onesta IP, LLC*<br><br>By Email:<br>ONESTA-ITC@MINTZ.COM |
| William F. Lee<br>Michael J. Summersgill<br>Jordan Hirsch<br>Harry Hanson<br>**WILMER CUTLER PICKERING HALE**<br>**AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br><br><br>Todd Zubler<br>Grant Rowan<br>Amanda Major<br>Heath Brooks | *Counsel for Respondent NVIDIA Corporation*<br><br>By Email:<br>WHNivida-Onesta1450Servicelist@wilmerhale.com |

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br><br>Derek A. Gosma<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 | |
| Theresa A. Roozen<br>Michael Grosso<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>7900 Tysons One Place, Suite 500<br>Tysons, VA 22102<br><br>Jack Ko, Ph.D.<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Suite 3001, 30th Floor, Jing An Kerry Center, Tower 2<br>1539 Nanjing Road West Shanghai, 200041 | *Counsel for Respondent OnePlus Technology (Shenzhen) Co., Ltd.*<br><br>By Email:<br>OnePlusITC1450@Pillsburylaw.com |
| Charles S. Barquist<br>**MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL**<br>1801 Century Park East, Suite 2400<br>Los Angeles, California 90067<br><br>Jacob Israelsen<br>**MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL**<br>95 S State Street, Suite 800<br>Salt Lake City, Utah 84123 | *Counsel for Respondent Nothing Technology Limited*<br><br>By Email:<br>MB_NTech_337-TA-1450@mabr.com |
| Deanna Tanner Okun<br>**POLSINELLI P.C.**<br>1401 Eye Street N.W., Suite 800<br>Washington, D.C. 20005 | *Counsel for Respondent Qualcomm Incorporated*<br><br>By Email:<br>qcom-1450-itc@polsinelli.com |

/s/ *Andrea Solomon*
Andrea Solomon
Paralegal