# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT,

    Plaintiff,

    v.

ONESTA IP, LLC,

    Defendant.

Case No. 6:25-cv-00581-ADA

**DEFENDANT ONESTA IP, LLC'S**
**CORRECTED NOTICE OF RECENT DEVELOPMENTS**

Defendant Onesta IP, LLC ("Onesta") respectfully submits this notice to apprise the Court of recent developments that are relevant to its Motion to Dismiss (Dkt. No. 51). After filing its reply (Dkt. No. 54) on March 10, 2026, Onesta's agreement with Qualcomm was formally executed. Thus, on March 12, 2026, Onesta withdrew its German actions against BMW. *See* Exs. A, B, C. Onesta understands that there is not a precise procedural analogue to a "with prejudice" withdrawal in the Munich court, so Onesta included the following language in the withdrawals for the avoidance of doubt: "Concurrently, plaintiff irrevocably waives vis-à-vis defendant all conceivable substantive legal claims arising from the patent-in-suit." *Id*.

DATED: March 13, 2026

Respectfully submitted,

*/s/ Daniel R. Pearson*

Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:   (214) 888-4849

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT
ONESTA IP, LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Local Rule CV-5, I hereby certify that, on March 13, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Daniel R. Pearson*

Daniel R. Pearson