# Exhibit F

## Munich Regional Court I

Ref.    21 O 12768/25





| PE  BSA | PD |
|---|---|
| AD | Abt |
| **20. Februar 2026** | |
| AZ  B180857VL1 | |
| PE  BEA DMS14.43 | |
| Komm. | |

BSA - 20.02.2026 // 14:45:06

In the legal dispute

**Onesta IP, LLC**, represented by CEO William Marino, 230 Sugartown Road, Suite 100, Way-ne, PA 19087, United States of America
- Plaintiff -

Legal representative:
Attorneys **Peterreins Schley**, Patent and Attorneys at Law PartG mbB, Hermann-Sack-Straße 3, 80331 Munich, Ref.: 51177-0004LL3

vs

**Bayerische Motoren Werke Aktiengesellschaft**, represented by the members of the Board of Management Oliver Zipse, Jochen Goller, Ilka Horstmeier, Dr. Nicolai Martin, Walter Mertl, Dr. Milan Nedeljkovic, and Dr. Joachim Post, Petuelring 130, 80809 Munich
- Defendant -

Legal representatives:
**Bardehle Pagenberg Partnerschaft mbB**, Patent Attorneys and Lawyers, Prinzregentenplatz 7, 81675 Munich, Ref.: B180857VL1 TMS/HAC/Dsm/erm

regarding patent infringement EP 2 473 920 "Graphical processing unit"

the Munich I Regional Court - 21st Civil Chamber - presided over by Regional Court Judge Dr. Schacht, M.A., Regional Court Judge Dr. Benz, and Regional Court Judge Obermeier, issues the following

# decision

The proceedings are hereby suspended.

# Reasons:

The parties have jointly requested the suspension of proceedings, § 251 ZPO (German Code of Civil Procedure).

signed

| | | |
|---|---|---|
| Dr. Schacht, M.A. | Dr. Benz | Obermeier |
| Presiding Judge at the Regional Court | Judge at the Regional Court | Judge at the Regional Court |



Certified true copy Munich, February 20, 2026

Pasha, JAng
Registrar of the Registry