# Exhibit H



BARDEHLE PAGENBERG - Prinzregentenplatz 7 - 81675 Munich

**Via eBO**

Federal Patent Court Cincinnatistr.
64
81549 Munich

Munich, January 26, 2026

**Our reference: B180857NI1 HEP/HAC/Kih/sbj File number: 6
Ni 58/25 (EP)**

**Plaintiff's
intervention**

In the patent nullity case

1.    **NVIDIA GmbH**, Adenauer Str. 20/A4, 52146 Würselen

Legal representatives:          BARDEHLE PAGENBERG Partnerschaft mbB,

Prinzregentenplatz 7, 81675 Munich

(PA Martin Hohgardt, European Patent Attorney Dr.

Michael Wolfgang Waschak, with the assistance of:

Attorney Johannes Heselberger, Attorney Dr. Stefan

Lieck)

2.    New: **Bayerische Motoren Werke Aktiengesellschaft**, Petuelring 130, 80809

Munich, legally represented by the Executive Board Oliver Zipse, Jochen

Goller, Ilka Horstmeier, Dr. Nicolai Martin, Walter Mertl, Dr. Milan

Nedeljković, Dr. Joachim Post, ibid.

Attorneys of record:          Patent attorneys of

BARDEHLE PAGENBERG Partnerschaft mbB

Prinzregentenplatz 7, 81675 Munich

**(PA Dr. Patrick Heckeler, PA Dr. Christian

Haupt, PA Michael Horndasch)**

**BARDEHLE
PAGENBERG**

Dr. Patrick Heckeler
patrick.heckeler@bardehle.de

Prinzregentenplatz 7
81675 Munich
T +49 (0)89 928 05-0
F
www.bardehle.com

BARDEHLE PAGENBERG
Partnership mbB Patent
Attorneys Lawyers Munich
Local Court Partnership
Register 1152
ISO 9001 certified

In cooperation with:

YUSARN AUDREY
www.yusarn.com, Singapore

| Germany | Attorneys<br>UPC Representatives ***<br>US Attorney-at-Law ++ | | Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
| --- | --- | --- | --- | --- |
| BARDEHLE PAGENBERG Partnership mbB Patent Attorneys and Lawyers Prinzregentenplatz 7 81675 Munichinfo@bardehle. de  VAT DE 129725745<br><br>List of partners within the meaning of the PartGG: www.bardehle.com/ de/impressum<br><br>List of partners in accordance with the German Partnership Act (PartGG):www.bardehle.com/ imprint | Johannes Heselberger **/*** | Alexander von Mühlendahl | Johannes Lang */**/*** | Thomas Schäfer ** Maggie |
| | Claus M. Eckhartt | Karin Thanbichler-Brandl | Joachim Mader*/**/*** Tobias | Huang */**/*** Daniel Werner |
| | Tilman Müller-Stoy *** | Ronja Schregle *** | Kaufmann*/**/*** Georg | */**/*** |
| | Christof Karl */**/***/++ Philipe | Claudio Reineke Jan | Anetsberger*/**/*** Axel | Michael-Wolfgang Waschak ** |
| | Kutschke | Lersch | Berger*/**/*** | Marius Fischer */**/*** Michael |
| | Jan Bösing *** | Julia Bernatska *** | Patrick Heckeler*/**/*** | Horndasch*/**/*** Siho Chang |
| | Tobias Wuttke *** | Monika Harten *** | Niels A. Malkomes*/**/*** | **/*** |
| | Henning Hartwig | Carolin Thurner Saskia | Christian Haupt*/**/*** | Markus Ackermann*/**/*** |
| | Nadine Westermeyer *** Pascal | Mertsching *** Antje | Benjamin Ruckert*/**/*** | Maximilian Vieweg */** |
| | Böhner | Weise *** | Nikolaus Buchheim*/**/*** | Fabian Laude*/** |
| | Stefan Lieck *** Anna | Nobuchika Mamine *** Lisa | Johannes Möller */**/*** | Niels Gierse*/**/*** |
| | Giedke *** Dominik | Lilge | Alexander Wunsch*/**/*** | Ann-Kathrin Michel*/**/*** |
| | Woll *** Michael | Markus Morgenroth *** | Maria Kreller-Schober */**/*** | Max Link * |
| | Kobler *** Christine | Tomasz Klama | Ralf Heddergott*/**/*** | Jakob Scheffel */** |
| | Fluhme Kerstin Galler | Karin Bek | Sorel Stan*/**/*** | |
| | *** Martin Drews *** | Selina Opas | Preston Richard**/*** | |
| | | Henri Kirner | Henry Selby-Lowndes**/*** | |
| BARDEHLE PAGENBERG Partnership mbB Patent Attorneys and Lawyers Breite Straße 27 40213 Düsseldorfinfo.duesseldorf@bardehle.de VAT DE 129725745 | | | Martin Hohgardt*/**/*** | |
| | | | Patrick Daum*/**/*** Philipp | |
| | | | Bovenkamp*/**/*** Sabrina | |
| | | | Hütt*/**/*** | |
| BARDEHLE PAGENBERG Partnership mbB Patent Attorneys and Lawyers Bohnenstraße 4 20457 Hamburginfo.hamburg@bardehle.de VAT DE 129725745 | Volkmar Henke *** | Ann-Christine Hug *** | Sabine Kossak*/**/*** | |
| | Tilman Müller *** | Lisa Fleidl*** Max | Nico Karius*/** Saskia | |
| | Benedikt Dellen *** | Weiler *** | Jülich ** Thomas | |
| | Emely Rath *** | | Kotzott */** | |

| France | Lawyers<br>UPC Representatives *** | | French Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
| --- | --- | --- | --- | --- |
| BARDEHLE PAGENBERG SELAS Lawyers at the Paris Bar SO Square Opéra 5 rue Boudreau 75009 Parisinfo@bardehle.fr VAT FR 71800645327 | Julien Fréneaux *** | Frédéric  Portal   *** | Lionel Vial*/**/*** | |
| | Dominique Dupuis-Latour | Céleste   Dufournier | | |
| | Rebecca Delorey | Chloé Nicolas | | |
| | Axel Munier *** Clément | | | |
| | Jaffray *** | | | |

| Spain | | | Spanish Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
| --- | --- | --- | --- | --- |
| BARDEHLE PAGENBERG S.L. Avenida de Diagonal 598, 3º 1ª 08021 Barcelona info@bardehle.es VAT ES B 53486429 | | | Mathieu de Rooij */**/*** | Oscar Rubio Solis **/*** |
| | | | Henrik Skødt **/*** | |
| | | | Cristina Muñoz Menendez ** | |
| | | | David Soler Vilamitjana ** | |

Please note our General Terms and Conditions and the CVs of our Attorneys at www.bardehle.com
Our offices act legally independently from the other countries' offices in each country and are not liable for them.

Contributors:                    Attorneys at law of

                                 BARDEHLE PAGENBERG Partnerschaft mbB

                                 Prinzregentenplatz 7, 81675 Munich

                                 **(Attorney Prof. Dr. Tilman Müller-Stoy, Dr.**

                                 **Martin Drews)**

against

**Onesta IP, LLC** (a Delaware corporation), Wayne, PA, US Legal representatives:

                                 Peterreins Schley Patent- und Rechtsanwälte PartG

                                 mbB, 80331 Munich, Germany

**File number: 6 Ni 58/25 (EP)**

concerning the invalidity of the German part of European patent EP 2 473 920

on behalf of and for the account of the second party requesting the nullity -

**Bayerische Motoren Werke Aktiengesellschaft** - we hereby declare the

**JOIN**

to the action for annulment brought by the first plaintiff on November 19, 2025, as additional plaintiffs, and announce that we will request the following in the oral proceedings:

1.      **The German part of European patent EP 2 473 920 is declared invalid to the extent of the claims challenged by the first plaintiff.**

2.      **The costs of the legal dispute shall be borne by the defendant in the nullity proceedings.**

2 | 3



**REASONS**

The joinder of the second plaintiff in the nullity action on the side of the first plaintiff is admissible pursuant to Section 99 (1) PatG in conjunction with Sections 59, 60 et seq. ZPO if the previous sole plaintiff agrees, both plaintiffs assert claims that are similar in factual and legal terms, and the joinder is relevant (BPatGE 32, 204, 205; Voit, in Schulte, PatG, 12th ed., Section 81 marginal no. 10).

The plaintiff in the nullity action 1) will consent to the joinder.

The second plaintiff joining the action for annulment refers to the grounds for annulment put forward by the first plaintiff and fully endorses the arguments set out in the statement of claim dated November 19, 2025. The second plaintiff thus asserts claims that are identical to those of the first plaintiff in both factual and legal terms.

The intervention of the second plaintiff is relevant. The subject matter of the present nullity proceedings is not changed. Due to the early stage of the proceedings, the settlement is not delayed and further proceedings in the form of a separate nullity action by the second plaintiff are avoided.

The requirements of Sections 59, 60 et seq. ZPO are thus fulfilled and the intervention of the second plaintiff in the nullity proceedings is admissible.

Dr. Patrick Heckeler
Patent Attorney, European Patent Attorney

*This document has been signed electronically.*

Patrick Heckeler

Digitally signed by: Patrick Heckeler
Name: CN = Patrick Heckeler
email = patrick.heckeler@bardehle.de C = DE
O = Bardehle Pagenberg Partnerschaft mbB OU = DE129725745
Date: 2026.01.26 10:32:34 +01'00

3 | 3