# Exhibit I

4.März 2026

Frist

WV

**PETERREINS SCHLEY**
PATENT UND RECHTSANWÄLTE



Peterreins Schley · Hermann-Sack-Straße 3 · 80331 München

**Peterreins Schley**
Patent- und Rechtsanwälte PartG mbB

Hermann-Sack-Straße 3
80331 München
Deutschland

Tel: +49 (89) 8091338-00
Fax: +49 (89) 8091338-88
Mail: info@ps-patent.com

**www.ps-patent.com**

Amtsgericht München
Partnerschaftsregister 1940
VAT DE 299093094

Dr. Frank Peterreins [1,2,3,4]
Dr. Jan-Malte Schley [1,3,4]
Dr. Thomas Adam [1,2,5]
Felix Glöckler [1,3,4]
Markus Coehn [1,3,4]
Dr. Matthias Traut [1,3,4]
Patrick Wiedemann [1,3,4]
Dr. Marc Grunwald [1,2,5]
Dr. Simon Reuter [1,2]
Dr. Claudia Feller [1,2,*]
Constanze Wedding [1,2,*]
Jörg Kohlschmidt [1,3,4,*]
Stefan Kohl [1,3,4,*]
Lan Bi [1,4,*]
Dr. Dmitry Krimer [4,*]
Martin Obster [1,3,4,*]
Dr. Christoph Horst [1,3,4,*]
Jérôme van Betteraaÿ [3,4,*]
Reinhard Kathan [3,4,*]
Maximilian Groß [1,2,*]
Dr. Maximilian Macha [3,*]
Maximilian Bernschneider [1,2,*]

[1] UPC Representative
[2] Rechtsanwalt
[3] Patentanwalt
[4] European Patent Attorney
[5] Fachanwalt für
  gewerblichen Rechtsschutz
[*] nicht Partner der Sozietät

<u>**Via beA**</u>

Federal Patent Court
Cincinnatistr. 64
81549 Munich

Our reference: 51177-0004NI2

Dr. Simon Reuter
reuter@ps-patent.com

**Opponents receive a copy pursuant to Section 195 of the German Code of Civil Procedure (ZPO)**

Munich, March 4, 2026

**6 Ni 58/25 (EP)**

# GROUNDS FOR OPPOSITION

In the nullity case

**NVIDIA GmbH**                    v    **Onesta IP, LLC**
     – Plaintiff 1) –                              – Defendant –
    (Bardehle Pagenberg)                    (Peterreins Schley)

**Bayerische Motoren Werke Aktiengesellschaft**
    – Plaintiff 2) –
    (Bardehle Pagenberg)

We would like to express our gratitude for the extension granted and justify our objection of December 17, 2025 as follows:

TABLE OF CONTENTS

**I. Motions**   **4**

**II. Background to the disputed patent**   **4**

**III. Task and solution**   **5**

**IV. Corrections to the claims by the patent holder**   **6**

**V. German standards**   **8**

**VI. Interpretation**   **8**

  1. Claim 1   8

   a) Feature 1   9

   b) Feature 1.1   10

   c) Feature 1.2   13

   d) Feature 2   15

   e) Feature 3   15

   f) Feature 4   16

   g) Feature 4.1   17

   h) Feature 4.2   18

  2. Subclaims to claim 1   18

   a) Subclaim 2   18

   b) Subclaim 3   19

   c) Subclaim 4   19

   d) Subclaim 5   20

  3. Claim 11   20

**VII. Specialist**   **20**

**VIII. Patentability**   **21**

  1. Patentability compared to NK1 (Nvidia Tesla)   21

   a) Teaching of NK1   21

   b) Novelty of claim 1   22

    aa) Features 1 and 1.1   22

    bb) Feature 3 – no priority of a task   23

   c) Inventive step of claim 1   24

   d) Claim 11   25

   e) Dependent claims   26

  2. Patentability compared to NK2 (Nvidia GeForce 8800 GPU)   26

   a) Teaching of NK2   26

   b) Novelty of claim 1   27

    aa) Features 1 and 1.1   27

    bb) Feature 3   29

i. No disclosure of any task received from another engine     29

ii. No priority of a task     30

cc) Feature 4 – No disclosure of parallel execution of tasks     31

c) Inventive step of claim 1     33

d) Claim 11     34

e) Dependent claims     34

3. Patentability compared to NK3 (slides by Mike Mantor, AMD)     35

a) On the publication of NK3     35

b) Novelty of claim 1     36

aa) Features 1 and 1.1     37

bb) Feature 3     39

i. No disclosure of any task received from another engine     39

ii. No priority of a task     41

cc) Feature 4 – No disclosure of parallel execution of tasks     42

c) Inventive step of claim 1     43

d) Claim 11     44

e) Dependent claims     44

4. Patentability compared to NK4 (slides by Michael Doggett, AMD)     44

a) Publication date of NK4     44

b) Novelty of claim 1     46

aa) No disclosure of engines according to features 1 and 1.1     46

bb) No disclosure of feature 3     48

i. No disclosure of each task received from another engine     48

ii. No priority of a task     50

cc) Feature 4 – No disclosure of parallel execution of tasks     51

c) Inventive step of claim 1     52

d) Claim 11     53

e) Dependent claims     53

5. Patentability versus NK5 - US 7,577,762 B1     53

a) Teaching of NK5     53

b) Novelty of claim 1     54

aa) No plurality of engines independent of a shader core     55

bb) No disclosure of feature 3     56

c) Inventive step Claim 1     57

d) Claim 11     57

e) Dependent claims     57

**IX. Inadmissible extension**     **58**

**X. Conclusion**     **58**

## I.
## <u>Motions</u>

At the oral hearing, we will request

I.    that the action for annulment (hereinafter referred to as "NK") be dismissed and

II.    that the costs of the legal dispute be imposed on the plaintiffs.

## II.
## <u>Background to the patent in dispute</u>

The statements made by the first plaintiff regarding the background of the patent in dispute (hereinafter referred to as SP) in section II of the NK are essentially correct. It should be added that the GPUs (graphics processing units) referred to as conventional in the SP can only process one command buffer at a time.

> [0006] To pass tasks to the GPU, an operating system (OS) scheduler stores the tasks in a command buffer. A conventional GPU processes one command buffer at a time. The OS scheduler serially places tasks in the command buffer, and the GPU typically processes the tasks in the order in which they are placed in the command buffer.

SP, para. [0006]

The command buffer serves as an interface between the CPU and GPU, whereby the CPU's operating system scheduler writes tasks to the command buffer, which are then processed sequentially by the GPU.

The sequential processing of tasks from a single command buffer by a conventional GPU entails the technical problem mentioned in the SP, namely that the CPU may also have high-priority tasks that need to be executed by the GPU immediately and without significant delay (low latency). In such cases, a conventional GPU must interrupt the execution of the current task, para. [0006]. This requires context switches, in which state data of the current task is stored and later restored, para. [0007]. The state data of a task is located in data storage units of the GPU. During a context switch, the state data of the current task is stored from the data storage units in backup storage units, and then the data storage units are loaded with the state data of the high-priority task. After the high-priority task is completed, the state data of the interrupted task is restored by reloading it from the backup storage units

back into the data storage units. These processes not only take time, but also require corresponding memory, i.e., chip space, para. [0008]. Therefore, context switches should be avoided.

### III.

### Task and solution

According to the SP's task description, conventional GPUs are to be improved in terms of processing low-latency or high-priority tasks by the GPU without context switching, para. [0010]. The solution proposed in the SP consists of mapping the parallel processing resources of the GPU to so-called engines, cf. para. [0021]. From the CPU's perspective, an engine represents a standalone (virtual) graphics processor with its own command buffer, see Fig. 4.



**FIG. 4**

SP, Fig. 4, detail

A scheduling module 434 distributes the parallel processing resources of the shader core among the tasks coming from the individual engines based on task priorities, so that the tasks of different engines are processed essentially simultaneously. In particular, the processing of a first task from a first engine can be performed by a first part of the processing resources of the shader core, and that of a second task from a second engine can be performed by a second part of the processing resources, whereby the processing resources can be divided spatially and/or temporally, para. [0020].

Between the CPU and GPU, the SP solution provides for multiple command buffers through which the operating system scheduler can transmit various tasks to the plurality of engines in the GPU. Different types of tasks can be received in parallel from different engines from different command buffers and executed essentially in parallel by the shader core.

> [0053] … Unlike such a conventional system, OS scheduler 310 provides each task 404 to one of a plurality of command buffers 420AN based on the priority type specified by the applications 402. For example, OS scheduler 310 provides a first type of task (e.g., high-priority tasks) to first command buffer 420A, a second type of task (e.g., graphics-processing tasks) to second command buffer 420B, and so on.
>
> [0054] … Tasks from virtual engines 432 are then (substantially) simultaneously executed by shader core 214 as described above.

SP, paras. [0053], [0054]

In specific embodiments, one engine may be provided for receiving graphics processing tasks and another engine may be provided for receiving general computation tasks, e.g., paras. [0025], [0033] and claims 4 and 9.

> [0025] GPU 110 assists CPU 102 by performing certain special functions (such as graphics-processing tasks and data-parallel, general-compute tasks), usually faster than CPU 102 could perform them in software.
>
> [0033] Command processor 230 receives tasks (e.g., graphics-processing and general-compute tasks) from one or more command buffers filled by the OS scheduler.

SP, para. [0025], [0033]

## IV.

### Corrections to the claims by the patent holder

The claims asserted in the NK are not identical to the granted claims. The patent holder has made the following changes in the relevant English version of the infringement suit.

| Changes to the English wording of the claims ||
| --- | --- |
| Replacement of "load state data" with "state data" | Features 4, 4.1, 4.2 in claim 1<br>Features 4, 4.1, 4.2 in claim 11 |
| Deletion of "according to any of claims 1 to 5" | Feature 0 in claim 11 |

9  Regarding the correction of the sub-characteristic    "load state data"
(to German:
"load state data") to "state data" in features 4, 4.1,
4.2 of claims 1 and 11, it is pointed out that the term originally used is an obvious error
("falsa demonstratio") that was inadvertently inserted during the granting procedure, as
can be seen, for example, from the following excerpt from the version of the SP intended
for granting:



register.epo.org/application?documentId=E0XYWYTY1722DSU&number=EP
10779865&lng=en&npl=false, emphasis added

10  When determining the meaning of a patent claim, obvious misstatements must be
corrected, *Kühnen*, Hdb. der Patentverletzung, 16th edition, Chapter A, para. 48, and
BGH, judgment of May 12, 2015, ref.: X ZR 43/13, GRUR 2015, 1043 para. 32
– *Rotorelements*.

11  Taking into account the description of the SP (see paragraphs [0004], [0007], [0043]), the
skilled person understands the sub-feature "load state data" used in the claims to mean the
term "state data." There is no indication in the description that the tasks must be
performed on the basis of load state data. This would also make no technical sense, as
load state data has no influence on the execution of a task. Therefore, the sub-feature must
be corrected accordingly due to an obvious misnomer.

## V.
## German claims

With regard to the German patent claims, both the patent holder and the plaintiff in 1) have made changes. In the infringement action (Exhibit BP1), the patent holder corrected the obviously incorrect translation of "Engines" as "Motoren" by using the term "Engine" in addition to the above-mentioned changes regarding the (load) state data. In addition, the term

"associated" was translated as "assoziiert" instead of "in Verbindung" or "verbundene," as it is closer to the English original.

Based on the amendments proposed by the patent holder, the plaintiff in 1) made further linguistic rewordings (e.g., Planungsmodul to Scheduling-Modul, Shader-Kern to Shader-Core, konfiguriert to eingerichtet), which are intended to bring the German translation closer to the original English version. To avoid misunderstandings, we will refer to the English-language claims as in the infringement proceedings. We are submitting a corresponding list of features with marked changes to the file as

**Appendix PS 1.**

## VI.
## Interpretation

### 1.
### Claim 1

*0.    A graphics processing unit comprising*

Claim 1 of the SP relates to a graphics processing unit (GPU).

According to the SP, a GPU is a complex integrated circuit that can perform data-parallel computing tasks such as graphics calculations for a computer game or for 3D models. A GPU can be a separate unit or integrated into the processor, para. [0002]. It is hardware-and/or software-based, para. [0064]. An example of such a GPU that does not limit the teaching of the disputed patent is shown in Fig. 2:



FIG. 2

SP, Fig. 2, detail, emphasis added

a) Feature

1

*1.        a plurality of engines configured to:*

According to feature 1, the graphics processing unit comprises a plurality of engines.

According to the understanding of the skilled person, engines (202A to 202D, yellow) according to the contested patent are specific hardware and/or software components within the GPU that serve command buffers and pass the tasks received from the CPU to the scheduling module in order to have the tasks executed by the shader core. In paragraph [0033], the SP cites graphics processing and general computing tasks as examples. Fig. 2 shows (non-exhaustively) "background engines,"

"Real-time low-latency engines," "3D engines," and "low-latency 3D engines" mentioned, para. [0034].



SP, Fig. 2, excerpt, emphasis added

The "background engines" take over the (computing) resources of the GPU for processing tasks when no other engine is using the resources. The "real-time low-latency engine" has priority access to the resources of the GPU in order to process high-priority tasks first. The "3D Engine" processes standard graphics processing tasks, while the "Low-latency 3D Engine" processes high-priority graphics processing tasks, para. [0034].

Since the claimed GPU has multiple engines, the GPU can process the individual tasks simultaneously, i.e., without the context switch described in paragraph 3, para. [0054].

The engines are defined in particular by features 1.1 and 3.

b)

Feature 1.1

1.1    (i) receive, from a scheduling module associated with a central processing unit (CPU), a plurality of tasks and

According to feature 1.1, the plurality of engines is configured or set up to receive a plurality of tasks from a scheduling module associated with a central processing unit (CPU).

The feature requires that the plurality of engines be configured to receive the plurality of tasks. The scheduling module (also referred to as the OS scheduler in the description) is a software and/or hardware module that acts as an intermediary between the CPU and the plurality of engines of the GPU. It assigns the tasks to be processed to the individual engines, para. [0048]. The scheduling module according to feature

22.1    must be distinguished from the GPU's scheduling module 434, which allocates the resources of the shader core and is not associated with the CPU.

Examples of tasks that meet the requirements are graphics processing tasks and general computing tasks.

> [0033] Command processor 230 receives tasks (e.g., graphics-processing and general-compute tasks) from one or more command buffers filled by the OS scheduler.

> SP, para. [0033]

A graphics processing task is described in more detail in para. [0004]. A single graphics processing task consists of different shader programs, such as vertex shaders, pixel shaders, or geometry shaders.

> [0004] A graphics-processing task performed by a GPU typically involves complex mathematical computations, such as matrix and vector operations. To perform a single graphics-processing task, a GPU may execute a plurality of different threads (sequence of instructions). Each thread may comprise a shader program, such as a geometry shader, a pixel shader, a vertex shader, or the like.

> SP, para. [0004]

A single graphics processing task therefore involves the complete processing of the graphics processing pipeline or rendering pipeline, which was known to the expert, among other things, from the technical book "Real Time Rendering" submitted by the plaintiff in 1) as NK7.



30                                      3. The Graphics Processing Unit

**Figure 3.1.** GPU implementation of the rendering pipeline. The stages are color coded according to the degree of user control over their operation. Green stages are fully programmable. Yellow stages are configurable but not programmable, e.g., the clipping stage can optionally perform culling or add user-defined clipping planes. Blue stages are completely fixed in their function.

## 3.1  GPU Pipeline Overview

The GPU implements the geometry and rasterization conceptual pipeline stages described in Chapter 2. These are divided into several hardware stages with varying degrees of configurability or programmability. Figure 3.1 shows the various stages color coded according to how programmable or configurable they are. Note that these physical stages are split up slightly differently than the functional stages presented in Chapter 2.

The vertex shader is a fully programmable stage that is typically used to implement the "Model and View Transform," "Vertex Shading," and "Projection" functional stages. The geometry shader is an optional, fully programmable stage that operates on the vertices of a primitive (point, line or triangle). It can be used to perform per-primitive shading operations, to destroy primitives, or to create new ones. The clipping, screen mapping, triangle setup, and triangle traversal stages are fixed-function stages that implement the functional stages of the same names. Like the vertex and geometry shaders, the pixel shader is fully programmable and performs the "Pixel Shading" function stage. Finally, the merger stage is somewhere between the full programmability of the shader stages and the fixed operation of the other stages. Although it is not programmable, it is highly configurable and can be set to perform a wide variety of operations. Of course, it implements the "Merging" functional stage, in charge of modifying the color, $Z$-buffer, blend, stencil, and other related buffers.

Over time, the GPU pipeline has evolved away from hard-coded operation and toward increasing flexibility and control. The introduction of programmable shader stages was the most important step in this evolution. The next section describes the features common to the various programmable stages.

NK7, PDF p. 3, emphasis added

26  In this respect, the claimed graphics processing task must be distinguished from individual shader programs or thread types, such as vertex shaders, pixel shaders, or geometry shaders. A single thread type is therefore not yet a graphics processing task.

27  General computing tasks can be mathematical algorithms or physical simulations generated by end-user applications and executed on the GPU, cf. para. [0048].

> [0048] ... Application 302 may be, for example, an end-user application that generates graphics-processing tasks (such as a video-game application, a computer-aided design (CAD) application, or the like) or an end-user application that generates general-compute tasks (e.g., mathematical algorithms, physics simulations, or the like) to be executed on a GPU.

SP, para. [0048]

28  The first plaintiff claims in paragraph 27 of the statement of defense that, in the parallel infringement proceedings, the patent holder takes the view "that a GPU receives a large number of tasks from a planning module as soon as the CPU issues a pointer to the GPU

and the GPU uses it to retrieve commands from memory (see Annex BP1, para. 110)".

This is incorrect, because in para. 110 of the infringement suit, we explained that in the form of infringement, a task consists of a data structure TMD (Task Meta Data) and that a pointer to this data structure is sufficient to forward the task within the GPU. However, the explanations do not indicate that the GPU retrieves commands from a memory using the pointer, as claimed by the plaintiff in para. 27 of the statement of claim.

c)

Feature 1.2

> 1.2 (ii) load state data associated with each of the plurality of tasks to be executed by a shader core; and

According to feature 1.2, the plurality of engines is further configured to load state data associated with each of the plurality of tasks to be executed by a shader core.

State data is data that controls the flow of processes in the GPU. The SP cites texture handles, shader constants, and transform matrices as examples in this regard, para. [0004]. The textures define, for example, the surface structure, pattern, or color of a 3D object. Shader constants are fixed values or parameters used to calculate 3D graphics. Transformation matrices are used to position, orient, and scale objects in 3D spaces.

Each task to be processed is assigned a specific set of state data. The state data determines how the task is executed, cf. para. [0043].

The engines are configured to load the state data. The task itself is executed by the shader core, see feature 2.

The first plaintiff wishes to limit the claim to graphics processing only, in which case the engines claimed are limited to graphics engines and the tasks claimed are limited to graphics tasks, cf. NK, Rz. 31 and 33. This is incorrect, because the description and also the amendments made during the granting procedure do not limit the scope of protection to graphics processing or graphics tasks alone

. For example, para. [0031] ff. describes an exemplary GPU that performs graphics processing and general computing tasks.

> III. An Example GPU
>
> ...
>
> [0033] Command processor 230 receives tasks (e.g., <u>graphics-processing and general-compute tasks</u>) from one or more command buffers filled by the OS scheduler. …
>
> [0038] Vertex analyzer 208 identifies shader programs associated with <u>a graphics-processing and/or general-compute</u> task…

SP, paras. [0033], [0038]

Paragraph [0048] also discusses the operation of the exemplary GPU, in which a graphics application creates a graphics task and an end-user application creates a general-purpose computing task for processing by the GPU.

> [0048] ... Application 302 may be, for example, an end-user application that generates <u>graphics-processing tasks</u> (such as a video-game application, a computer-aided design (CAD) application, or the like) or an end-user application that generates <u>general-compute tasks</u> (e.g., mathematical algorithms, physics simulations, or the like) to be executed on a GPU. ...

Contrary to the assertion in NK, margin note 31, the exemplary GPU in paragraph [0031] ff. of the SP discloses state data for all tasks without restriction to graphics tasks only, cf. para. [0043].

> [0043] ... LDS 228 stores state data associated with each task to be executed by shader core 214.

SP, para. [0043]

The reference to the granting procedure in NK, margin note 30 is irrelevant in the nullity proceedings, BGH, judgment of December 15, 2015, ref. X ZR 30/14 – *Glasfasern II*; BGH, judgment of March 12, 2002, ref. X ZR 43/01 – *Plastic pipe part*.

As the first plaintiff herself describes in NK, margin number 35, her further statements in the NK regarding the alleged lack of novelty and inventive step are based on the assumption that the tasks comprise both graphics processing and general calculation tasks and that both have corresponding status data.

d) Feature

2

> 2        *a shader core associated with the GPU configured to receive, from the plurality of engines, the plurality of tasks,*

According to feature 2, the graphics processing unit further comprises a shader core associated with the GPU and configured to receive the plurality of tasks from the plurality of engines.

The actual computing operations for executing the tasks take place in the shader core as part of the GPU. The shader core must therefore be configured to receive the tasks from the plurality of engines. The shader core (214, light blue) is shown in Fig. 2 of the SP as an example as follows.



SP, Fig. 2, excerpt, emphasis added

According to the example of implementation, the shader core comprises a local data share (LDS, 228, white) and several processing elements (220, gray).

As correctly stated in NK, margin number 36, the term "shader core" originates from graphics processing. Neither the description nor the claims indicate that the shader core is limited to the exclusive processing of graphics data, e.g., vertex and pixel data.

e) Feature

3

> 3.       *each task received from a different engine and each task having an associated priority, and*

According to feature 3, each task is received from a different engine and each task has an associated priority.

Feature 3 is related to feature 1.1, cf. margin no. 22. The shader core receives each task from a different engine. The description in paragraph [0017] discloses that the engines can be part of the shader core and execute the tasks themselves in the shader core. However, this specific embodiment is not claimed, because according to feature 3, the shader core receives the tasks from the engines, and according to features 4.1 and 4.2, the processing elements execute the task. If the engines were part of the shader core, this would result in a logical contradiction. Paragraph [0033] locates the engines in the command processor 230.

> [0033] Command processor 230 receives tasks (e.g., graphics-processing and general-compute tasks) from one or more command buffers filled by the OS scheduler. As illustrated in FIG. 3, command processor 230 includes a plurality of virtual engines that share resources of GPU 110. The different virtual engines of command processor 230 process different types of tasks.

Each task is assigned a priority. The priority determines how and, in particular, in what order computing resources are allocated for processing the individual tasks, see para. [0054]. Tasks with high priority and low latency can thus be processed first, para. [0010].

## f) Feature 4

> 4.    *[the shader core configured] to execute a first task from the plurality of tasks while executing a second task from the plurality of tasks based on the respective load state data associated with each of the first and second tasks, wherein the shader core comprises:*

Furthermore, according to feature 4, a first task from the plurality of tasks is executed while a second task from the plurality of tasks is executed based on the respective load state data associated with each of the first and second tasks.

Feature 4 with the associated sub-features requires that two tasks be executed or processed simultaneously, para. [0043]. The task is processed in the shader core, see para. 30 ff. The context switch described in para. 4 f. is not necessary. Parallel processing without context switching allows tasks to be processed more efficiently, para. [0054].

> [0054] ... By executing two or more different streams of processing tasks in shader core 214, GPU 110 provides the low-latency benefits of context switching without

the overhead associated with storing, swapping, and draining data associated with context switching.

SP, para. [0054]

48 The processing of each of the tasks in the shader core is based on the state data assigned to the task, see para. 31 f. As already argued in relation to feature 3, the engines are not part of the shader core and the embodiment of para. [0017] of the description is not claimed.

g)

Feature 4.1

> 4.1    *a first plurality of processing elements (220) configured to execute the first task based on a first set of ~~load~~ state data associated with the first task; and*

49 According to feature 4.1, the shader core comprises a first plurality of processing elements configured to execute the first task based on a first set of load state data associated with the first task.

50 Feature 4.1 relates to the execution of the first task. Within the shader core, the tasks are executed by a plurality of processing elements (220). The feature requires that the processing elements be configured for this purpose. The actual execution is performed by the processing elements within the shader core. The processing elements are schematically shown in the following excerpt from the preferred embodiment according to Fig. 2 of the SP and marked in gray.



SP, Fig. 2, excerpt, emphasis added

51 The processing elements are thus designed so that they can perform a specific (computational) task. As already described, the processing takes place

the task based on the status data assigned to the task. See margin note 31 f.

h)

Feature 4.2

4.2    *a second plurality of processing elements (220) configured to execute the second task based on a second set of ~~load~~ state data associated with the second task.*

According to feature 4.2, the shader core further comprises a second plurality of processing elements configured to execute the second task based on a second set of load state data associated with the second task.

The explanations in margin numbers 50 et seq. apply accordingly with regard to the execution of the second task according to feature 4.2.

2.

Subclaims to claim 1

a) Subclaim 2

2.    *The ~~first~~ graphics processing unit of claim 1, wherein the plurality of engines comprises: (i) a first queue configured to receive the first task and (ii) a second queue configured to receive the second task.*

According to subclaim 2, which refers back to claim 1, the plurality of engines comprises: a first queue configured to receive the first task and a second queue configured to receive the second task.

The queue is usually a buffer, see paragraph [0037]. A buffer is a unit in which data is temporarily stored for further processing by other components. This ensures that tasks are executed in a specific order.

The plurality of engines comprises a first and a second queue. This architecture keeps tasks separate from each other and allows them to be received, cached, forwarded, and processed simultaneously.

The first and second queues are each configured to receive the respective first and second tasks. As already argued in relation to feature 1.2 in para. 34 et seq. and contrary to the opinion of the plaintiff in 1) in para. 31 et seq. and para. 49 of the NK, the tasks claimed are not limited to graphics tasks.

### b) Subclaim 3

> 3.        The ~~first~~ graphics processing unit of claim 1, wherein the second task has a lower priority of execution than the first task.

According to subclaim 3, which refers back to claim 1, the second task has a lower execution priority than the first task.

A task with low execution priority is a task that is or can be executed after a task with high priority, see margin note 44.

### c) Subclaim 4

> 4.        The ~~first~~ graphics processing unit of claim 1, wherein the first task comprises a graphics-processing task and the second task comprises a general-compute task.

According to subclaim 4, which refers back to claim 1, the first task comprises a graphics processing task and the second task comprises a general computing task.

Graphics processing tasks can be generated by an end-user application such as a video game, a computer-aided design (CAD) application, or similar, para. [0048]. General computing tasks can be mathematical algorithms, physical simulations, or similar, para. [0048].

Contrary to the opinion of the first plaintiff in margin note 52 of the NK, the tasks covered by the claim are not limited to graphics tasks; see our comments in margin note 29 ff. Nor is there any inadmissible extension, as the description discloses general calculation tasks and status data for all types of tasks.

d) <u>Subclaim 5</u>

5.        The ~~first~~ <u>graphics</u> *processing unit of claim 1, further comprising: a scheduling module (434) configured to schedule the plurality of tasks to be issued to the shader core.*

According to subclaim 5, which refers back to claim 1, the graphics processing unit comprises a scheduling module configured to schedule the plurality of tasks to be issued to the shader core. The scheduling module of claim 5 is to be distinguished from the scheduling module associated with a CPU according to feature 1.1, see also margin note 22.

The scheduling module thus organizes the output of the plurality of tasks to the shader core.

3.

<u>Claim 11</u>

Claim 11 of the SP relates to a computer system. Apart from the introductory features, the features of claim 11 are essentially identical to the corresponding features of claim 1. With regard to the identical features, we refer to the explanations relating to claim 1.

In addition, claim 11 requires that the computer system comprise a memory; a graphics processing unit (GPU); and a bus coupled to the memory and the GPU.

The computer system comprises a combination of various hardware and/or software components, see para. [0055]. An embodiment of a computer system is shown in Fig. 5 of the SP. The bus is the communication interface between the GPU and the memory.

**VII.**

**<u>Technical expert</u>**

There are no objections to the definition of "specialist" provided by the first plaintiff in margin note 20 of the NK.

# VIII.
# **Patentability**

### 1.
### Patentability compared to NK1 (Nvidia Tesla)

#### a)
#### Teaching of
#### NK1

NK1 relates to Nvidia's Tesla architecture. A block diagram of the Tesla architecture is shown in the form of a GeForce 8800 GPU in Fig. 1 of NK1.



Figure 1. Tesla unified graphics and computing GPU architecture. TPC: texture/processor cluster; SM: streaming multiprocessor; SP: streaming processor; Tex: texture, ROP: raster operation processor.

NK1, Fig. 1

The GPU comprises a host interface that communicates with the host CPU, an input assembler, and various work distribution units for distributing vertex, pixel, and computation work. It also includes a scalable streaming processor array that performs all programmable computations of the GPU, see NK1,
p. 40, penultimate paragraph.

In NK, the plaintiff in 1) understands the work distribution units of NK1 to be the claimed engines. DirectX and the driver in NK 1 are the claimed scheduling module. The processor array of NK1 is regarded by the plaintiff in 1) as the claimed

shader core. According to the plaintiff in 1), the tasks claimed are programs, in particular vertex shader, pixel shader, and calculation programs.

## b)
## Novelty of claim 1

The plaintiff in 1) claims that NK1 exhibits all the features of claim 1. This is incorrect; NK1 does not disclose a plurality of engines in accordance with features 1 and 1.1 nor a priority assigned to a task according to feature 3, as will be shown below.

## aa) Features
## 1 and 1.1

*1        a plurality of engines configured to:*

*1.1      receive, from a scheduling module (310) associated with a central processing unit (CPU), a plurality of tasks and*

The plaintiff in 1) claims in paragraphs 64 to 67 that features 1 and 1.1 are disclosed by NK1 because the work distribution units of NK1 receive corresponding programs (vertex shader, pixel shader, and calculation programs) from DirectX or Driver.

This is incorrect because NK1 does not disclose that the work distribution units receive tasks from DirectX or Driver.

According to NK1, the work distribution units receive the output stream from the input assembler. The input assembler collects geometric primitives such as points, lines, triangles, etc., and loads the associated attribute data. The work distribution units forward the output stream to the processor array (alleged shader core). The processor array executes vertex, geometry, and pixel shader programs as well as calculation programs.

> The input assembler collects geometric primitives (points, lines, triangles, line strips, and triangle strips) and fetches associated vertex input attribute data...

> The work distribution units forward the input assembler's output stream to the array of processors, which execute vertex, geometry, and pixel shader programs, as well as computing programs.

NK1, p. 41, last two paragraphs, emphasis added

NK1 therefore does not disclose that the work distribution units receive tasks or programs from DirectX or the driver.

Thus, NK1 does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module associated with a CPU.

bb)

Feature 3 – no priority of a task

> 3    *each task received from a different engine and each task having an associated priority, and*

Contrary to the opinion of the plaintiff in 1), NK1 does not disclose a priority assigned to a task.

The plaintiff in 1) cites several passages on pages 42, 44, 45, and 47 as disclosure for a priority assigned to a task. However, the passages cited merely disclose an execution priority of warps.

> Implementing zero-overhead warp scheduling for a dynamic mix of different warp programs and program types was a challenging design problem. A scoreboard qualifies each warp for issue each cycle. The instruction scheduler prioritizes all ready warps and selects the one with highest priority for issue. Prioritization considers warp type, instruction type, and "fairness" to all warps executing in the SM.

> NK1, p. 45, left column

A warp is an Nvidia-specific term that refers to a group of 32 threads running on a streaming processor, all of which have the same code.

> ...The SM's SIMT multithreaded instruction unit creates, manages, schedules, and executes threads in groups of 32 parallel threads called warps. The term warp originates from weaving, the first parallel-thread technology. Figure 4 illustrates SIMT scheduling. The SIMT warp size of 32 parallel threads provides efficiency on plentiful fine-grained pixel threads and computing threads.

> Each SM manages a pool of 24 warps, with a total of 768 threads. Individual threads composing a SIMT warp are of the same type and start together at the same program address, but they are otherwise free to branch and execute independently...

> NK1, p. 44, first and second paragraphs, emphasis added

The instruction scheduler (see quote in margin note 79) monitors a large number of different warps and decides for each execution cycle which warp can execute the next instruction.

A warp in NK1 is not a task within the meaning of the SP, because the task claimed may comprise a large number of different types of threads, cf. para. 23 ff. Nor does NK1 disclose that the instruction scheduler selects the warp on the basis of task-related priority.

Furthermore, the plaintiff in 1) argues that NK1 describes load balancing based on driver-recommended allocations on p. 47. However, NK1 does not provide any further information on this topic.

> Each input type has independent I/O paths, but the SMC is responsible for load balancing among them. The SMC supports static and dynamic load balancing based on driver-recommended allocations, current allocations, and relative difficulty of additional resource allocation. Load balancing of the workloads was one of the more challenging design problems due to its impact on overall SPA efficiency.
>
> NK1, p. 47, right column

It cannot be directly or clearly deduced from NK1 what driver-recommended allocations are and whether they are even related to the task in the sense of the SP. NK1 only reveals that the SMC (Streaming Multi Processor Controller) performs load balancing based on the input types Vertex, Geometry, and Pixel. According to SP, the input types mentioned in NK1 together correspond to a single graphics processing task, cf. SP, para. [0004].

> [0004] ... To perform a single graphics-processing task, a GPU may execute a plurality of different threads (sequence of instructions). Each thread may comprise a shader program, such as a geometry shader, a pixel shader, a vertex shader, or the like. ...
>
> SP, para. [0004]

Thus, NK1 does not disclose that each task has an associated priority. The subject matter of claim 1 is not anticipated by NK1.

c)

Inventive step of claim 1

As shown in Rz. 73 ff., NK1 does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module associated with a CPU, nor does it disclose that the tasks have an associated priority.

The technical effect of these features is that tasks can be executed in parallel on the shader core without context switches.

> [0021] ... Two or more streams of tasks can be issued to a single shader core, enabling the GPU to efficiently use computational and input/output facilities. For example, resources (e.g., SIMDs) of the GPU shader core can be divided between concurrent tasks based on demand, priority, and/or preset limits - while temporarily enabling any one task to (substantially) fully consume the resources of the GPU.
>
> SP, para. [0021]

The technical problem can therefore be formulated as follows: How can the efficiency of a GPU be improved with regard to the processing of tasks?

NK1 teaches multithreading, i.e., the parallel execution of threads, for example, vertex and pixel shader threads.

> To dynamically balance shifting vertex and pixel shader thread workloads, the unified SM concurrently executes different thread programs and different types of shader programs.
>
> NK1, p. 43, right column.

> As a unified graphics processor, the SM schedules and executes multiple warp types concurrently—for example, concurrently executing vertex and pixel warps.
>
> NK1, p. 45, left column.

However, NK1 does not teach the parallel execution of tasks that go beyond the thread level. The skilled person therefore has no reason to provide the associated technical means, such as a plurality of engines that receive a plurality of tasks from a scheduling module or a priority of the tasks. In this respect, the claimed subject matter is also not obvious to the skilled person.

### d) Claim 11

The comments made in relation to claim 1 apply equally to claim 11. Claim 11 is therefore novel and not obvious to the skilled person.

e)

Dependent claims

As explained, claim 1 is new and inventive. This also applies to claims 2-5, which are dependent on claim 1.

2.

Patentability compared to NK2 (Nvidia GeForce 8800 GPU)

a)

Teaching of

NK2

NK2 is a technical description of the Nvidia GeForce 8800 GPU architecture. The architecture features a uniform shader design consisting of 128 independent stream processors (SP). A corresponding block diagram is shown in Fig. 26 of NK2.



Figure 26.    GeForce 8800 GTX block diagram

NK2, Fig. 26

According to Fig. 26, the GeForce 8800 GTX GPU comprises a host interface, an input assembler, and thread issue blocks (thread output blocks/logic), namely "Vtx Thread Issue," "Geom Thread Issue," and "Pixel Thread Issue." In addition, the GPU includes 128 stream processors, each of which can perform any shader operation, see NK2, p. 36, first and second paragraphs.

All GeForce 8800 GPUs feature integrated Nvidia CUDA (Compute Unified Device Architecture) technology, see p. 12. The corresponding CUDA thread

computing pipeline is shown in Fig. 9 of NK2. The CUDA thread computing pipeline includes a thread execution manager.



Figure 9.    CUDA thread computing pipeline

NK2, Fig. 9

The plaintiff in 1) understands the thread issue blocks in Figure 26 and the thread execution manager in Figure 9 to be the claimed engines. Graphics threads, CUDA threads, and commands are said to be the claimed tasks. The uniform shader with stream processors is understood by the plaintiff in 1) to be the claimed shader core. The graphics driver represents the claimed scheduling module.

### b)
### Novelty of claim 1

The plaintiff in 1) claims that the subject matter of claim 1 is not new compared to NK2. This is incorrect, as NK2 does not disclose at least features 1, 1.1, 3, and 4 of claim 1.

### aa) Features
### 1 and 1.1

*1*       *a plurality of engines configured to:*

*1.1*     *receive, from a scheduling module (310) associated with a central processing unit (CPU), a plurality of tasks and*

The plaintiff in 1) claims in margin note 99 ff. of the NK that features 1 and 1.1 are disclosed by NK2 because the thread issue blocks and the thread execution manager receive graphics threads, CUDA threads, and commands from the graphics driver. This is incorrect.

NK2 does not disclose at any point that the thread issue blocks (Vtx Thread Issue, Geom Thread Issue, and Pixel Thread Issue) receive threads or commands from the graphics driver.

NK2 describes that the Geometry Thread Issue Logic receives the output of (another) stream processor as input.

> Data can be moved quickly from the output of one stream processor to the input of another stream processor. For example, vertex data processed and <u>output by a stream processor can be routed as input to the Geometry Thread issue logic</u> very rapidly.

NK2, p. 36, third paragraph, emphasis added

With regard to the Vtx Thread Issue Block, the section cited in margin note 99 of the NK by the plaintiff in 1) describes that the Host Interface Block receives commands, vertex data, and textures from the host and that the next block is the Input Assembler.

*Seite 36*

Starting from the top of Figure 26 you see the Host interface block, which includes buffers to receive commands, vertex data, and textures sent to the GPU from the graphics driver running on the CPU. Next is the input assembler, which gathers vertex data from buffers and converts to FP 32 format, while also generating various index IDs that are helpful for performing various repeated operations on vertices and primitives, and for enabling instancing.

NK, quote in margin note 99, red marking added

The above quote suggests that the Vtx Thread Issue Block receives data from the Input Assembler, but not from the graphics driver. NK2 also does not reveal any communication between the Pixel Thread Issue Logic and the graphics driver. Thus, NK2 does not show that the Thread Issue Blocks receive threads or commands from the graphics driver at all. Therefore, Thread Issue Blocks cannot be engines within the meaning of the SP.

Furthermore, the Thread Execution Manager is also not an engine as defined in the claim. NK2 merely mentions that the Thread Execution Manager manages thread programs and plans and coordinates the execution of compute threads, see Fig. 10.



Figure 10.    CUDA thread computing parallel data cache

❑  Thread Execution Manager efficiently schedules and coordinates the execution of thousands of computing threads for precise computational execution.

NK2, p. 14, Fig. 10, emphasis added

In particular, NK2 does not disclose that the Thread Execution Manager receives commands or threads from the graphics driver, i.e., the claimed scheduling module.

NK2 therefore does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module.

bb)

Feature 3

*3       each task received from a different engine and each task having an associated priority, and*

The first plaintiff claims in margin note 109 f. of the NK that feature 3 is disclosed by NK2. This is incorrect. NK2 does not disclose that the shader core receives each task from a different engine, nor that each task has an associated priority. Specifically:

i.

No disclosure of each task received from another engine

In paragraph 109 of the NK, the plaintiff in 1) refers to feature 1.2 and claims that the uniform shader with stream processors (shader core according to the claim) receives graphics threads, CUDA threads, and commands (tasks according to the claim) from the individual

thread issue blocks and the thread execution manager (engines according to the claim).

However, this is not shown in NK2. A thread, such as a graphics thread, a CUDA thread, or commands, are not tasks within the meaning of the SP. According to the SP, a task can comprise different types of threads, see para. 23 ff.

Furthermore, the thread issue blocks (Vtx Thread Issue, Geom Thread Issue, Pixel Thread Issue) are not claimed engines, see section aa) above. In addition, each of the thread issue blocks can only process a specific type of thread, but not a claim-compliant task consisting of different threads, see margin no. 23 ff.

The Thread Execution Manager is also not an engine that receives tasks from a scheduling module , see section aa) above. With regard to the Thread Execution Manager, NK2 merely describes that it manages thread programs and plans and coordinates the execution of threads, without providing further details. It therefore remains unclear whether and how the Thread Execution Manager outputs threads to the uniform shader. The plaintiff in 1) has also not proven whether the uniform shader receives the threads from the Thread Execution Manager or from Thread Issue blocks or from another unit.

Even if different types of threads can be sent from the thread execution manager to the uniform shader—which is not disclosed at all by NK2—the uniform shader receives threads from a single unit, namely the thread execution manager. It is not disclosed that the uniform shader receives each task from a different engine.

Thus, NK2 does not disclose that the shader core receives each task from a different engine.

ii.
No priority of a task

Contrary to the opinion of the plaintiff in 1), NK2 does not disclose any priority, in particular no priority of a task.

The plaintiff in 1) quotes the following passages from pages 14 and 26 of NK2 and claims that the quoted passages reveal the priority of a task.

Thread Execution Manager efficiently schedules and coordinates the execution of thousands of computing threads for precise computational execution.

NK2, p. 14

GigaThread technology keeps SPs fully utilized by scheduling and dispatching various types of threads (such as pixel, vertex, geometry, and physics) for execution.

NK2, p. 26

This is incorrect. The passages cited do not mention priority. They merely describe that threads can be scheduled, coordinated, and distributed for execution. NK2 does not disclose that such scheduling or distribution is associated with a priority, in particular with a task priority. Instead, according to NK2, such scheduling or distribution is based on the load distribution of the shader workloads, see e.g. NK2, pp. 1 and 24.

Each processor can be dynamically allocated to vertex, pixel, geometry, or physics operations for maximum efficiency in GPU resource allocation and maximum flexibility in load balancing shader programs.

NK2, p. 1, last paragraph, emphasis added

The GPU dispatch and control logic can dynamically assign vertex, geometry, physics, or pixel operations to available SPs without worrying about fixed numbers of specific types of shader units. In fact, this feature is just as important to developers, who need not worry as much that certain aspects of their code might be too pixel-shader intensive or too vertex-shader intensive.

Not only does a unified shader design assist in load-balancing shader workloads, but it actually helps redefine how a graphics pipeline is organized.

NK2, p. 24, last two paragraphs, emphasis added

Thus, NK2 does not reveal that each task has an associated priority.

cc)

Feature 4 – No disclosure of parallel execution of tasks

4    *[the shader core configured] to execute a first task from the plurality of tasks while executing a second task from the plurality of tasks based on the respective load state data associated with each of the first and second tasks, wherein the shader core comprises:*

The plaintiff in 1) claims in margin note 112 f. of the NK, with reference to passages and figures on pages 12, 14, 23, 24, and 31 of the NK2, that the publication discloses the simultaneous execution of tasks.

118  This is incorrect. The passages cited merely disclose the parallel execution of threads, but not the parallel execution of tasks within the meaning of the SP.

119  As already explained in margin no. 23 et seq., there is a difference between a claimed task and a thread. The claimed task may comprise different types of threads.

120  The quoted paragraph on p. 12 merely describes the simultaneous execution of different threads such as CUDA threads and graphics threads, but not the simultaneous execution of tasks.

> Use of GPU resources in a different manner than graphics processing as seen in Figure 9, but both CUDA threads and graphics threads can run on the GPU concurrently if desired.

NK2, p. 12

121  The cited Fig. 10 on p. 14 shows the parallel data cache of CUDA thread computing. However, it does not describe the parallel execution of tasks.



Figure 10.    CUDA thread computing parallel data cache

NK2, p. 14, Fig. 10

122  The passages on pages 23 and 24 (see below) also only reveal dynamically assigned uniform shader processors based on vertex shader utilization and pixel shader utilization. At most, this suggests that pixel shader programs (threads) and vertex shader programs (threads) can be executed in parallel. It cannot be directly and clearly inferred that different tasks are executed in parallel.

> In Figure 16, with a unified shader architecture, at any given moment when an application might be vertex-shader intensive, you can see that the majority of unified shader processors are applied to processing vertex data, and in this case, the overall

performance is increased to "11." Similarly, if its pixel shader heavy, the majority of unified shader units can be applied to pixel processing, also attaining a score of "11" in our example.

NK2, p. 23



Figure 16.    Unified shader performance characteristics

NK2, p. 24, Fig. 16

123    The plaintiff in 1) also quotes the following passage on p. 31. Here, too, only the simultaneous execution of threads is disclosed, but not the simultaneous execution of tasks.

> Figure 22 illustrates math operations (not dependent on specific texture data being fetched) that can be executed while one or more textures are being fetched from frame buffer memory, or in the worst case, from system memory. Shader processor utilization is improved. In effect, while a <u>thread fetching a texture is executing</u>, the GeForce 8800 GPU's Giga Thread technology can swap in other threads to execute, ensuring that shader processors are never idle when other work needs to be done.

NK2, p. 31

124    For the reasons stated above, NK2 does not disclose the parallel execution of tasks within the meaning of the SP.

125    The subject matter of claim 1 is therefore new in relation to NK2.

c)

<u>Inventive step of claim 1</u>

126    As already explained, NK2 does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module associated with a CPU, nor does it disclose a shader core that receives each task from a different engine, each task having an associated priority (features 1, 1.1, and 3). NK2 also does not disclose the parallel execution of tasks beyond the thread level (feature 4).

Based on this difference, multiple tasks are sent from the CPU to the GPU via a plurality of engines. Within the GPU, there are multiple channels for transferring tasks from the plurality of engines to the shader core, so that the shader core receives different tasks from different engines and executes multiple tasks simultaneously.

The difference therefore has the technical effect that important tasks (i.e., high-priority tasks) can be processed by the GPU without context switching, SP, para. [0010].

The technical problem may therefore be to improve the efficiency of a GPU in terms of task processing.

NK2 teaches multithreading, i.e., the parallel execution of threads, for example, pixel shader programs (threads) and vertex shader programs (threads). However, NK2 does not teach the parallel execution of tasks that go beyond the thread level. NK2 only considers the thread level when it comes to parallel reception and simultaneous execution by a uniform shader.

NK2 also gives no indication that a plurality of engines receive multiple tasks from the CPU and transfer different tasks from different engines to the shader core (in parallel). NK2 also makes no mention of task prioritization.

Thus, the claimed subject matter is not only new compared to NK2, but also not obvious.

### d) Claim 11

The comments made on claim 1 apply equally to claim 11. Claim 11 is therefore new and not obvious to a person skilled in the art.

### e)
### Dependent claims

As explained above, claim 1 is new and inventive. This also applies to claims 2-5, which are dependent on claim 1.

3.

Patentability compared to NK3 (slides Mike Mantor, AMD)

a)

Regarding the publication of NK3

The plaintiff in 1) cites a set of slides by Mike Mantor entitled "CPCPU Class @ UCF HD$^{TM}$ 2900, HD$^{TM}$ 3850 & 3870, HD$^{TM}$ 3870X2" as NK3 and claims that it is a set of slides from Mike Mantor's guest lecture in the spring semester of 2008 at the University of Central Florida. As evidence of publication, Plaintiff 1) submits the course program "ST:CDA 6958 Multi-core/Many-core Architectures and Programming (Spring 2008)" as NK3a.

We dispute, on the grounds of lack of knowledge, that NK3 in this form was accessible to the public at all before the earliest priority date of the SP.

Although Mike Mantor is listed as the speaker in the course program submitted, the title of this lecture is missing. The plaintiff in 1) also fails to provide evidence that the website shown in Exhibit NK3a existed at all before the earliest priority date and that the set of slides in Exhibit NK3 could be downloaded in this form.

ST: CDA 6958 Multi-core/Many-core Architectures and Programming (Spring 2008)

Prof. Huiyang Zhou

Office Hours: 2:30pm-4:00pm F. at ENG3 243

Announcements
- Homework #1 is assigned (First due date: 2/1/08, Second due date: 2/8/08)
- AMD/ATI guest lecture #1 by Mike Mantor (slides)
- AMD/ATI guest lecture #2 by Justin Hensley and Jason Yang (slides part a, part b)
- Lab set up for Nvidia G80 processors (by Jingfei)
- Lab set up for Cell processors (by Hongliang)

Exhibit NK3a, p. 1

Furthermore        addition    ,    the    plaintiff to    1)  in        the    Appendix
       NK3a    also        the document properties    for    the
       under        the    link
"https://csl.cs.ucf.edu/courses/CDA6938/s08/UCF_1_25_08.pdf"            downloadable
.



NK3a, p. 4

However, the document properties only show when the document was created (January 25, 2008) and modified (January 25, 2008). There is no evidence of when NK3 was published. It is therefore disputed that NK3 in this form was accessible to the public before the earliest priority date.

Furthermore, NK3 does not disclose the claimed subject matter, as shown below.

b)

Novelty of claim 1

The first plaintiff claims that NK3 exhibits all the features of claim 1. This is incorrect, as NK3 does not disclose at least features 1, 1.1, 3, and 4.

aa) Features

1 and 1.1

*1        a plurality of engines configured to:*

*1.1      receive, from a scheduling module (310) associated with a central
          processing unit (CPU), a plurality of tasks and*

Initially, the first plaintiff understands the blocks Client 0 Staging, Client 1 Staging, and Client r Staging of the input unit as the claimed engines. In its further argumentation, however, it considers the vertex assembler, geometry assembler, rasterizer, and interpolators of the setup engine/unit to be the claimed engines. The plaintiff in 1) claims that the client staging blocks of the input unit correspond to the aforementioned blocks of the setup engine/unit, cf. NK, margin no. 131 et seq. This is incorrect.

The blocks of the setup engine/unit (i.e., vertex assembler, geometry assembler, rasterizer, and interpolator) refer to the uniform shader architecture of the AMD Radeon HD2900 graphics unit, cf. p. 4.



NK3, p. 4, emphasis added

The Client 0 Staging, Client 1 Staging, and Client r Staging blocks of the Input Unit, on the other hand, refer to the basic Unified Shader model, see NK3, p. 9.



NK3, p. 9

As can be seen from the illustration on p. 9, the input unit also includes the block "Arbitrate Inputs, Resource Allocate, Load Inputs" and the Arbiter (ARB), which are connected to the client staging blocks.

NK3 does not describe the relationship between the input unit in the basic unified shader model and the setup engine in the AMD Radeon HD2900 graphics unit. The image on p. 12 shows that arbiters and inputs for arbiters are located within the ultra-threaded dispatch processor.



NK3, p. 12

147   The input unit, which comprises the arbitrate inputs, the arbiter, and the client staging blocks, therefore corresponds to the ultra-threaded dispatch processor and not to the setup engine, as claimed by the plaintiff in 1).

148   Furthermore, NK3 does not show that the tasks are received by a scheduling module. The plaintiff in 1) understands the graphics driver or DirectX 10 as    the    claimed scheduling module.    NK3    describes    neither    that    the Vertex Assembler, the Geometry Assembler, the Rasterizer and the Interpolators of the Setup Engine, nor the Client Staging Blocks of the Input Unit receive tasks, threads or instructions from the Graphics Driver or DirectX 10. Instead, according to NK3, the command processor is the GPU interface to the host.



NK3, p. 6, excerpt, emphasis added

149   Thus, NK3 does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module.

bb)

Feature 3

> 3       *each task received from a different engine and each task having an associated priority, and*

150   Contrary to the opinion of the plaintiff in 1), NK3 also does not disclose feature 3.

i.

No disclosure of each task received from a different engine

151   The plaintiff in 1) claims in paragraph 145 of the NK that NK3 discloses that each task is received by the shader core from a different engine, since the stream processing units thread groups for vertex shaders (VS), geometry shaders (GS), and pixel shaders (PX) are received from the vertex assembler, geometry assembler, rasterizer, and interpolators via a queue.

This is incorrect. A specific thread group, such as a vertex shader thread group or a geometry shader thread group, is not a task in the sense of SP. The claimed task can include different types of threads, see margin no. 23 ff.

Furthermore,    describes NK3 not    in    detail, how    threads    are distributed to    the stream processing units (alleged shader core). However, the slide on p. 12 of NK3 cited by the first plaintiff shows that the stream processing units receive the threads from a single engine, namely the setup engine.

*Seite 12*



NK3, p. 12, emphasis added

Thus, NK3 does not disclose that the stream processing units (alleged shader cores) receive each task from a different engine.

The plaintiff in 1) also claims in margin note 146 of the NK that NK3 outputs various tasks from various blocks Client 0 Staging, Client 1 Staging and Client r Staging to the Shader Processing Unit (shader processing unit) via an arbiter (ARB). The plaintiff refers to p. 9 of NK3 in this regard. The plaintiff considers the instructions to be the claimed tasks. This is incorrect.



NK3, p. 9

NK3 does not describe the function of the Client 0 Staging, Client 1 Staging, and Client r Staging blocks of the Input Unit in detail. In any case, there is no disclosure as to whether each of the blocks mentioned refers to instructions for a task within the meaning of the SP. NK3 also does not explain how instructions are distributed from the input unit to the shader processing unit and what role the shader control unit and/or the arbiter (ARB) play in this process. In particular, NK3 does not disclose that instructions are distributed to the shader processing unit in such a way that the instructions for each task originate from a different engine.

Thus, NK3 does not disclose that each task is received by the shader core from a different engine.

## ii.
## No priority of a task

Contrary to the opinion of the plaintiff in 1), NK3 does not disclose that each task has an associated priority. The plaintiff in 1) claims that in NK3, tasks are prioritized by the Arbiter (ARB). The parameters latency, storage, demand type, and lifetime in NK3 are prioritization parameters that are taken into account when prioritizing tasks, cf. NK, para. 147. This is incorrect and is not disclosed by NK3.

NK3 does not mention priority, especially priority in connection with a task. The slide cited by the plaintiff in 1) does not even mention the function of the arbiter (ARB). It does not show that the arbiter (ARB) plans instructions under

taking priority into account. The factors of latency, storage, demand type, and lifetime are mentioned there for ideal execution. NK3 does not describe that these parameters have anything to do with the priority of a task.



NK, margin no. 147, emphasis added by plaintiff 1)

Therefore, feature 3 is not disclosed by NK3.

cc)

Feature 4 – No disclosure of parallel execution of tasks

> 4    *[the shader core configured] to execute a first task from the plurality of tasks while executing a second task from the plurality of tasks based on the respective load state data associated with each of the first and second tasks, wherein the shader core comprises:*

In paragraphs 149 to 152 of the NK, the plaintiff in 1) claims that NK3 discloses the simultaneous execution of tasks. The plaintiff in 1) understands a thread or a shader program to be a claimed task. This is incorrect. A task according to the SP can comprise different types of threads. Thus, a thread or a shader program is not a claimed task.

Contrary to the opinion of the first plaintiff in margin note 149, the dynamic allocation of resources to balance the workload does not mean the simultaneous execution of multiple tasks. The slides cited by the plaintiff in 1) on p. 8 merely reveal the balancing of workloads such as vertex shader workload and pixel shader workload through the dynamic allocation of resources. This allows vertex

shader threads and pixel shader threads can be executed in parallel. However, this does not mean the simultaneous execution of tasks within the meaning of SP.



NK3, p. 8, emphasis added

The other slides cited by the plaintiff in 1) refer either to the ultra-threaded dispatch processor or to multiple stream cores in the unified shader. However, they do not describe the parallel execution of tasks.

Thus, NK3 does not disclose the parallel execution of tasks according to feature 4.

c)

Inventive step of claim 1

As explained above in section b), NK3 does not disclose a plurality of engines that receive a plurality of tasks from a scheduling module associated with a CPU, features 1 and 1.1. Nor does it show that each task is received by a different engine and that each task has an associated priority, feature 3. Furthermore, NK3 does not describe the parallel execution of tasks according to feature 4.

The difference allows different tasks to be transferred to the shader core by different engines and executed simultaneously by the shader core.

The difference therefore has the technical effect that important tasks (i.e., high-priority tasks) can be processed by the GPU without context switching.

The technical problem lies in improving the efficiency of a GPU in terms of task processing.

NK3 teaches the dynamic sharing of resources in a unified shader to balance the workloads of pixel shaders and vertex shaders, see p. 8 of NK3. However, a specific type of shader workload/thread is not a task within the meaning of the disputed patent. NK3 does not provide any indication of a shader core that receives a plurality of tasks from different engines that go beyond the thread level and executes multiple tasks simultaneously, each task having an associated priority.

NK3 also does not give the skilled person any indication to use a plurality of engines that receive a plurality of tasks from the scheduling module associated with a CPU.

Thus, the claimed subject matter is inventive over NK3.

### d) Claim 11

The comments made in relation to claim 1 apply equally to claim 11. Claim 11 is therefore novel and not obvious to the skilled person.

### e)
### Dependent claims

As explained, claim 1 is novel and inventive. This also applies to claims 2-5, which are dependent on claim 1.

### 4.
### Patentability compared to NK4 (slides by Michael Doggett, AMD)

### a) Publication date of
### NK4

The plaintiff in 1) cites a set of slides by Mr. Michael Doggett entitled "Radeon$^{TM}$HD 2900" as NK4 and claims in margin note 169 of the NK that it is a conference paper for the Graphics Hardware conference from 2007, i.e. as of

the technology. As evidence, it submits a conference program crawled by the Wayback Machine as NK4a.

However, NK4a only shows that the conference program was available before the priority date of the SP. It does not show when the slides were published according to NK4.

The conference program according to NK4a states: "Michael Doggett, AMD, AMD's Radeon HD 2900 (slides)".



NK4a, p. 3, emphasis added

Clicking on "slides" displays an error message. In addition, the corresponding archiving date starts on December 8, 2022.



https://web.archive.org/web/20221208130656/https://graphicshardware.org/previous/www_2007/presentations/doggett-radeon2900-gh07.pdf

NK4a also shows document properties with the dates "Created on: 8/20/2007, 2:39:10 p.m." and "Modified on: 8/20/2007, 2:39:10 p.m.". However, these dates have nothing to do with the publication date of NK4.



NK4a

It is therefore disputed that NK4 in this form was accessible to the public before the priority date of the SP.

b)

Novelty of claim 1

Contrary to the opinion of the plaintiff in 1), NK4 does not disclose at least features 1, 1.1, 3, and 4 of claim 1.

aa)

No disclosure of engines according to features 1 and 1.1

*1        a plurality of engines configured to:*

*1.1      receive, from a scheduling module (310) associated with a central processing unit (CPU), a plurality of tasks and*

In paragraph 174 et seq. of the NK, the plaintiff in 1) claims that NK4 discloses features 1 and 1.1. The plaintiff in 1) understands the vertex blocks (vertex assembler), geometry blocks (geometry assembler) and pixel blocks (rasterizer and interpolators) within the setup engine as the claimed engines. The driver or DirectX 10 is regarded by the first plaintiff as the claimed scheduling module.

181    This is incorrect. The vertex, geometry, and pixel blocks within the setup engine are not the claimed plurality of engines according to features 1 and 1.1.

182    NK4 shows the geometry and pixel blocks on pages 9 and 10, whereby the inputs for geometry and pixel blocks are shader feedback. NK4 does not disclose at any point that the geometry blocks (geometry assembler) and the pixel blocks (rasterizer and interpolators) receive tasks or threads from the driver or DirectX 10.



• Geometry blocks
    – Uses on/off chip staging
    – Sends processed vertex addresses, near neighbor addresses and topological information to shader core



• Pixel blocks
    – Triangle setup, Rasterization and Interpolation
    – Interfaces to depth to perform HiZ/Early Z checks

NK4, pp. 9 and 10, emphasis added

183    With regard to vertex blocks, NK4 shows that the vertex blocks (Vertex Assembler) are connected to the command processor and the vertex index fetch, NK4, p. 6. The inputs for the vertex blocks are index and instancing, NK4, p. 8.



NK4, p. 6

- Vertex blocks
  - Primitive Tessellation
  - Inputs – Index & instancing
  - Sends vertex addresses to shader core

NK4, p. 8, emphasis added

However, NK4 does not reveal that the vertex blocks receive, for example, the index and instancing from the driver or DirectX 10 (the alleged scheduling module).

Thus, the vertex, geometry, and pixel blocks within the setup engine are not the claimed plurality of engines that receive a plurality of tasks from a scheduling module.

bb)

No disclosure Feature 3

3    *each task received from a different engine and each task having an associated priority, and*

NK 4 does not disclose that the shader core receives each task from a different engine, nor that each task has an associated priority. Specifically:

i.

No disclosure of each task received from a different engine

The plaintiff in 1) claims in paragraph 182 of the NK that NK4 discloses that the shader core receives different tasks from different engines. The plaintiff in 1) understands threads, commands, or operations as the claimed tasks and each of the vertex, geometry, and pixel blocks as a claimed engine.

This is incorrect. The claimed task may comprise different types of threads. A specific type of thread or instruction or operation for a specific type of thread is therefore not a task within the meaning of the SP.

Furthermore, the individual vertex, geometry, and pixel blocks within the setup engine are not claimed engines, because engines relate to tasks that comprise different types of threads, see margin no. 23 ff. However, the individual vertex, geometry, and pixel blocks in the setup engine can only process a specific type of thread. This is revealed in the following description of the NK4.



NK4, p. 12

Page 12 shows that the vertex blocks in the setup engine only provide vertex shader (VS) threads for the ultra-threaded dispatch processor. The geometry blocks only provide geometry shader (GS) threads and the pixel blocks only provide pixel shader (PS) threads.

The uniform shader with stream processing units (alleged shader core) thus only receives different types of threads from different vertex, geometry, and pixel blocks, but not different tasks from different engines.

Thus, NK4 does not disclose feature 3.

ii.

<u>No priority of a task</u>

In paragraph 183, the first plaintiff claims that NK4 discloses that each task has an associated priority. The first plaintiff considers the factors "age," "need," "availability," and "when in doubt favor pixels" to be priority parameters and claims that the arbiters in NK4 take these into account when assigning tasks to the shader core.

This is incorrect. NK4 does not disclose a priority at any point, in particular not a task priority. These factors "age," "need," "availability," and "when in doubt favor pixels" are disclosed in NK4 as an arbitration policy for the ultra-threaded dispatch processor, see NK4, p. 11.



NK4, p. 11, emphasis added.

NK4 does not disclose any further information about these factors or the arbitration policy. In particular, NK4 does not describe that these factors or the arbitration policy have anything to do with the priority of a task.

NK4 only shows arbiters on page 12, where the arbiters are located in the ultra-threaded dispatch processor. NK4 does not describe the function of arbiters. Nowhere in NK4 is it disclosed that the arbiters distribute tasks to the unified shader taking into account the priorities of the tasks.

Thus, feature 3 is not disclosed.

cc)

Feature 4 – No disclosure of parallel execution of tasks

4        *[the shader core configured] to execute a first task from the plurality of tasks while executing a second task from the plurality of tasks based on the respective load state data associated with each of the first and second tasks, wherein the shader core comprises:*

Contrary to the assertion of the first plaintiff in margin note 185 f., NK4 does not disclose parallel execution of tasks in accordance with feature 4. The first plaintiff cites pages 12 and 13 of NK4 in support of its assertion.

Page 12 of NK4 does not show anything about the execution of tasks or threads by the shader core with stream processing units. It merely shows three different command queues in the ultra-threaded dispatch processor for three different types of threads. How threads are scheduled and executed on the shader core with stream processing units is not described in further detail.



NK4, p. 12

Page 13 only shows a shader core with four parallel SIMD units, each receiving independent ALU instructions. However, NK4 does not reveal whether the ALU instructions received by the SIMD units relate to different tasks.

**Shader Core**

- 4 parallel SIMD units
- Each unit receives independent ALU instruction
- Very Long Instruction Word (VLIW)
- ALU Instruction (1 to 7 64-bit words)
  - 5 scalar ops – 64 bits for src/dst/cntrls/op
  - 2 additional for literal constant(s)

NK4, p. 13

Nowhere in NK4 is it disclosed that the shader core can receive and simultaneously execute different tasks within the meaning of the SP.

Thus, NK4 does not disclose feature 4.

c)

Inventive step of claim 1

As explained above in section b), NK4 does not disclose a plurality of engines according to features 1 and 1.1. Features 3 and 4 are also not disclosed by NK4.

The difference has the technical effect that important tasks (i.e., high-priority tasks) can be processed by the GPU without context switching. The technical problem may therefore be to improve the efficiency of a GPU in terms of task processing.

The claimed subject matter is also inventive over NK4, because NK4 does not give the skilled person any indication to use a plurality of engines that receive a plurality of tasks from the scheduling module. NK4 also teaches nothing about the prioritization of tasks.

NK4 shows a shader core with 4 parallel SIMD units that receives ALU instructions. However, NK4 does not teach that the shader core can receive different tasks from different engines and execute tasks in parallel.

#### d) Claim 11

The statements made in relation to claim 1 apply equally to claim 11. Claim 11 is therefore new and not obvious to a person skilled in the art.

#### e)
#### Dependent claims

As explained, claim 1 is new and inventive. This also applies to claims 2-5, which are dependent on claim 1.

### 5.
### Patentability vis-à-vis NK5 - US 7,577,762 B1

#### a)
#### Teaching of
#### NK5

NK5 is a US patent specification published on August 18, 2009. NK5 relates to the scheduling of command streams for a graphics processor. The graphics processor comprises four processing units, namely the Graphics Engine 150, the MPEG Engine 152, the Motion Comp Engine 154, and the Video Processing Engine 156. The engines are also referred to as "consumers" in NK5.

A Command Stream Unit 130 reads commands from a channel and assigns them to a suitable engine for processing until either a specific time slice has elapsed or a "Yield" command has been received. While the engine processes the commands, the Command Stream Unit 130 reads the next channel.

> For example, characteristics may include a number of commands that may be buffered by the specific consumer or the number of pipeline stages included within the specific consumer. When yield 306 is encountered in a command stream, command stream unit 130 switches from parsing channel 201 to parsing another channel, and the specific consumer proceeds to process execute 305.

> NK5, col. 6, lines 5-11

As long as the commands for two or more engines come from different channels, the engines can operate in parallel.

> Several channels may be processed concurrently, each by a different consumer or serially by a single pipelined consumer. ... Execution of the multi-consumer channel

commands is not performed concurrently by two or more consumers in order to maintain processed data coherency.

NK5, col. 4, lines 38-39 and 51-54.

Engines 150, 152, 154, and 156 each have one or more programmable processing units, i.e., they are permanently assigned to this engine.

> Graphics engine 150, MPEG engine 152, motion comp engine 154, and video processing engine 156 <u>each contain one or more programmable processing units</u> to perform a variety of specialized functions.

NK5, col. 3, lines 55–58, emphasis added

The plaintiff in 1) considers the claimed engines to be disclosed as Graphics Engine 150, MPEG Engine 152, Motion Comp Engine 154, and Video Processing Engine 156. The claimed scheduling module corresponds to Driver 113, which can provide one or more channels to an application program. Driver 113 can use commands to configure the subunits of the GPU. The commands are received, analyzed, parsed, and expanded by a command stream unit and output to the corresponding engines (graphics engine 150, MPEG engine 152, motion comp engine 154, and video processing engine 156). The claimed tasks are "program instructions" and commands that the engines receive from driver 113.

In the NK, the claimed plurality of processing elements corresponds to the "one or more programmable processing units" of the individual engines of the NK5. The plaintiff in 1) claims that the sum of the "one or more programmable processing units" of the engines constitutes a shader core.

b)

<u>Novelty of claim 1</u>

Contrary to the assertion of the first plaintiff, NK5 does not disclose the combination of features 1 and 2 and feature 3 of claim 1.

aa)

No plurality of engines independent of a shader core

1.        *a plurality of engines configured to:*

1.1       *(i) receive, from a scheduling module (310) associated with a central processing unit (CPU), a plurality of tasks and*

2.        *a shader core associated with the GPU configured to receive, from the plurality of engines, the plurality of tasks,*

The plaintiff in NK, margin note 217, claims that feature 2 is realized by the fact that the engines each contain "one or more programmable processing units" that receive the tasks ("command streams") from the graphics engine 150, MPEG engine 152, motion comp engine 154, and video processing engine 156. The sum of the "one or more programmable processing units" is a shader core, cf. NK, margin no. 218.

This is incorrect, as the plaintiff in 1) confuses the multitude of engines with the shader core. In the illustration in margin note 218 of the NK, the shader core is shown as part of the multitude of engines, which is incorrect.



Fig. on p. 129 of the NK, label "multitude of engines and shader core" added

According to the claim, the GPU consists of a plurality of engines (feature 1) and a shader core (feature 2). As already explained in the interpretation in margin note 44, engines and shader cores are separate units. The engines receive tasks from the scheduling module and the shader core receives tasks from one engine at a time. The shader core cannot therefore be an engine at the same time.

The embodiment of paragraph [0017], in which engines and shader cores coincide, is not claimed. In this respect, features 1, 1.1, and 2 are not disclosed in combination.

bb)

No disclosure of feature 3

3.    *each task received from a different engine and each task having an associated priority, and*

In addition, the plaintiff claims that the sub-feature "each task has an associated priority" is disclosed by the processing priority of a channel. This is incorrect.

NK5 discloses in column 9, lines 34-38, that the selection unit 525 has a channel table that stores channel state information for each available channel. The channel state information may include, among other things, the consumer type and a processing priority.

> A selection unit 525 includes a channel table 500 which stores channel state information for each channel that is available for processing. The channel state information may include the target consumer type(s) for each channel, processing priority, time slice duration, or the like.

NK5, col. 9, lines 34-38, emphasis added

However, the processing priority is not associated with the task, as claimed, but with the channel. According to NK5, col. 4, lines 33-39, a channel may contain commands for two or more engines. Multiple channels may contain commands for one engine. In both cases, a channel does not correspond to a task within the meaning of the SP.

In this respect, NK5 does not disclose feature 3.

c)

Inventive step Claim 1

As stated in paragraphs 216 et seq., engines and shader cores are different units according to claim 1. In NK5, however, engines and shader cores coincide.

The difference has the technical effect that the tasks received by the engines can be distributed among the processing elements of the shader core and processed in parallel, feature 4. However, this is not possible in NK5. In principle, the processing elements of an engine 150–156 are assigned to that engine and cannot be used by another engine. However, the possibility of dividing the processing elements for parallel processing of tasks based on task priority is part of the inventive idea, cf. paragraphs [0040] and [0050].

> [0040] ... To enable shader core 214 to (substantially) simultaneously process tasks from the plurality of virtual engines of command processor 230, processing elements 220 of shader core 214 are partitioned in space and/or time.

> [0050] ... In an embodiment, GPU 110 includes a scheduling module that schedules the tasks to be executed on shader core 214 based, at least in part, on the priority type specified by the application.

In this respect, the NK5 system is structurally incompatible with the claimed subject matter, because the processing elements of the engine cannot be divided into a first and second number. The claimed subject matter is therefore not obvious.

d) Claim 11

The comments made in relation to claim 1 apply equally to claim 11. Claim 11 is therefore novel and not obvious to a person skilled in the art.

e) Dependent

claims

As explained, claim 1 is novel and inventive. This also applies to claims 2-5, which are dependent on claim 1.

## IX.
## Inadmissible extension

In paragraph 243 of the NK, the plaintiff in 1) claims that the subject matter of subclaim 4 goes beyond the content of the application as originally filed, since the tasks in claim 1 are to be understood as graphic tasks, whereas the tasks in subclaim 4 comprise general calculation tasks.

This assertion is incorrect, as the tasks in claim 1 are not limited to graphic tasks. We refer to our comments in margin numbers 34 et seq. and margin numbers 23 et seq.

Thus, subclaim 4 is not inadmissibly broadened.

## X.
## Conclusion

The claimed subject matter is not inadmissibly broadened and is new and inventive in light of the cited citations.

*Electronically signed*

Dr. Simon Reuter, LL.M. (UC Berkeley) Attorney

Appendix PS 1