# Exhibit J

| PE BRM | PD |
| --- | --- |
| AD | Abt |
| **24. Februar 2026** | |
| AZ N179376NI | |
| PE BEA JH 16:16 | |
| Komm. | |

BRM - 24.02.2026 // 16:22:1

**PETERREINS SCHLEY**
PATENT- UND RECHTSANWÄLTE



Peterreins Schley · Hermann-Sack-Straße 3 · 80331 München

**Peterreins Schley**
Patent- und Rechtsanwälte PartG mbB

Hermann-Sack-Straße 3
80331 München
Deutschland

Tel: +49 (89) 8091338-00
Fax: +49 (89) 8091338-88
Mail: info@ps-patent.com

**www.ps-patent.com**

Amtsgericht München
Partnerschaftsregister 1940
VAT DE 299093094

Dr. Frank Peterreins [1,2,3,4]
Dr. Jan-Malte Schley [1,3,4]
Dr. Thomas Adam [1,2,5]
Felix Glöckler [1,3,4]
Markus Coehn [1,3,4]
Dr. Matthias Traut [1,3,4]
Patrick Wiedemann [1,3,4]
Dr. Marc Grunwald [1,2,5]
Dr. Simon Reuter [1,2]
Dr. Claudia Feller [1,2,*]
Constanze Wedding [1,2,*]
Jörg Kohlschmidt [1,3,4,*]
Stefan Kohl [1,3,4,*]
Lan Bi [1,4,*]
Dr. Dmitry Krimer [4,*]
Martin Obster [1,3,4,*]
Dr. Christoph Horst [1,3,4,*]
Jérôme van Betteraÿ [3,4,*]
Reinhard Kathan [3,4,*]
Maximilian Groß [1,2,*]
Dr. Maximilian Macha [3,*]
Maximilian Bernschneider [1,2,*]

[1] UPC Representative
[2] Rechtsanwalt
[3] Patentanwalt
[4] European Patent Attorney
[5] Fachanwalt für
   gewerblichen Rechtsschutz
[*] nicht Partner der Sozietät

<u>**Via beA**</u>

Federal Patent Court Cincinnatistraße
64
81502 Munich

Our reference: 51177-0004NI2                    Dr. Simon Reuter
                                                reuter@ps-patent.com

**Opponents receive a copy pursuant to Section 195 of the German Code
of Civil Procedure (ZPO)**

Munich, February 24, 2026

**6 Ni 58/25 (EP)**

# URGENT!
## <u>REQUEST FOR EXTENSION OF DEADLINE</u>
Please submit immediately (deadline: February 25, 2026)

In the matter of

**NVIDIA GmbH**          ./.    **Onesta IP, LLC**
 – Plaintiff in nullity proceedings                    – Defendant in nullity
                        1) –                             proceedings –
(Bardehle Pagenberg)                          (Peterreins Schley)

**Bayerische Motoren Werke
Aktiengesellschaft**
        – Nullity plaintiff 2) –
        (Bardehle Pagenberg)

<u>Re:</u>                    Action for annulment
                                        concerning   German
                    part of EP 2 473 920

we <u>request</u>

that the six-week deadline set in the notification of January 14, 2026, for responding to the written statement of the plaintiff in the nullity action 1) dated January 12, 2026, concerning the points of reference for determining the amount in dispute<u>, be</u> extended by <u>four weeks, i.e. until March 25, 2026</u>.

### **Reasons**

No further decisions on the amount in dispute have been issued in the parallel infringement proceedings to date. The reason for this may be that, as revealed in an ITC proceeding in the US in the context of a motion for stay, negotiations are pending between the parties to parallel infringement proceedings based on the disputed patent with a view to reaching an amicable settlement of the disputes. The Senate was informed of this in the parallel nullity proceedings 6 Ni 59/25 (EP) by written submission dated February 11, 2026.

It is therefore not possible at this stage to comment conclusively on whether and which infringement proceedings based on the disputed patent will be continued. A comprehensive statement on the validity of the disputed patent based on the parallel infringement proceedings pending is therefore not possible at this stage. The defendant also expects reliable new findings on the question of the amount in dispute within the extended deadline.

We therefore request that the deadline be extended as requested.

*Electronically signed*

Dr. Simon Reuter, LL.M. (UC Berkeley) Attorney at Law