# Exhibit K

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before The Honorable Monica Bhattacharyya**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN INTEGRATED CIRCUITS,<br>ELECTRONIC DEVICES CONTAINING<br>THE SAME, AND COMPONENTS<br>THEREOF | Investigation No. 337-TA-1450 |

**JOINT UNOPPOSED MOTION TO**
**TEMPORARILY SUSPEND-IN-PART THE**
**PROCEDURAL SCHEDULE AS TO NVIDIA CORPORATION**

Pursuant to Commission Rule 210.21(b), Complainant Onesta IP, LLC ("Onesta") and NVIDIA Corporation ("NVIDIA") (together, the "Moving Parties") jointly move to immediately temporarily suspend-in-part the Procedural Schedule in the above-captioned Investigation as to NVIDIA until April 6, 2026.

Onesta and NVIDIA have reached an agreement in principle to resolve this Investigation, and have agreed to file a motion for termination of the Investigation as to NVIDIA upon execution of a definitive agreement. Given the imminent deadlines in the Procedural Schedule, including the deadline for filing summary determination motions on March 5, the deadline for exchanging rebuttal expert reports on March 9, [1] and the deadline to serve pre-hearing statements and briefs on April 3, the Moving Parties respectfully request that the procedural deadlines as to NVIDIA be temporarily suspended.

---

[1] In view of this motion to suspend-in-part, the Moving Parties agree that rebuttal expert reports need not be served on March 9, and that the Moving Parties will not contend that the Moving Parties have waived their right to serve rebuttal expert reports in the event that the motion to suspend-in-part is not ruled upon by March 9.

Good cause exists to impose this partial suspension of the Procedural Schedule as to both parties, as doing so will preserve substantial private party and Commission resources and will facilitate the swift preparation of a definitive agreement to resolve this Investigation. *See, e.g., Certain Basketball Backboard Components & Prods. Containing the Same*, Inv. No. 337-TA-1040, Order No. 12 (Aug. 7, 2017) (granting motion to suspend the procedural schedule in view of a settlement and forthcoming motion to terminate). Motions to suspend the procedural schedule based on settlement and pending a forthcoming motion to terminate are routinely granted in these circumstances. *See, e.g., Certain Integrated Circuits, Mobile Devices Containing the Same, and Components Thereof*, Inv. No. 337-TA-1335, Order No. 23 (Apr. 25, 2023). Indeed, the ALJ recently granted Onesta and Respondent Qualcomm Incorporated's ("Qualcomm") joint motion to suspend-in-part the Procedural Schedule as to Respondents Qualcomm, OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus"), and Nothing Technology Limited ("Nothing") pending a forthcoming motion to terminate based on a settlement. *See* Order No. 33. The ALJ likewise granted Onesta and Qualcomm's joint motion to extend this stay until March 9. *See* Order No. 37.

To this end, the interests of efficiency will be well served by a short suspension of the Procedural Schedule as to NVIDIA until April 6, 2026.

**<u>Ground Rule 3.2 Certification</u>**: Pursuant to Ground Rule 3.2, the Moving Parties certify that they have made reasonable, good-faith efforts to resolve the matter with the parties. The Staff and the other Respondents do not oppose the motion.

Dated: March 5, 2026                                    Respectfully submitted,


/s/ *Michael J. Summersgill*                            /s/ *Michael T. Renaud*
William F. Lee                                          Michael T. Renaud
Michael J. Summersgill                                  Adam S. Rizk
Jordan Hirsch                                           Samuel F. Davenport
Harry Hanson                                            William Meunier
Wilmer Cutler Pickering                                 Marguerite McConihe
  Hale And Dorr LLP                                     Michael McNamara
60 State Street                                         Matthew A. Karambelas
Boston, Massachusetts 02109                             Catherine Xu
Telephone: (617) 526-6000                               Kumar Ravula
                                                        Sean Casey
Todd Zubler                                             Courtney Herndon
Grant Rowan                                             Laura Petrasky
Amanda L. Major                                         Hannah M. Edge
Heath Brooks                                            Mintz Levin Cohn Ferris
Wilmer Cutler Pickering                                  Glovsky and Popeo PC
  Hale And Dorr LLP                                     One Financial Center
2100 Pennsylvania Ave., NW                              Boston, MA 02111
Washington, DC 20037                                    Tel: 617-542-6000
Telephone: (202) 663-6000                               Fax: 617-542-2241

Derek A. Gosma                                          Yanyi Liu
Wilmer Cutler Pickering                                 Mintz Levin Cohn Ferris
  Hale And Dorr LLP                                      Glovsky and Popeo PC
350 South Grand Avenue, Suite 2400                      44 Montgomery Street, 36th Floor
Los Angeles, California 90071                           San Francisco, CA 94104
Telephone: (213) 443-5300                               Tel: 415-432-6013

*Counsel for Respondent NVIDIA Corporation*            *Counsel for Complainant Onesta IP, LLC*

3

*Certain Integrated Circuits, Electronic Devices Containing The Same, and Components Thereof*
337-TA-1450

## CERTIFICATE OF SERVICE

I, Megan De Renzis, hereby certify that on March 5, 2026, true and correct copies of the foregoing was served on the parties as indicated below:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>United States International Trade Commission<br>500 E Street SW, Room 112<br>Washington, DC  20436 | ☒ Via EDIS<br>☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☐ Via Electronic Mail |
| The Honorable Monica Bhattacharyya<br>Administrative Law Judge<br>United States International Trade Commission<br>500 E Street SW, Room 317<br>Washington, DC  20436<br>Bhattacharyya337@usitc.gov | ☐ Via Box<br>☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☒ Via Electronic Mail |
| Ryan Schmid, Esq<br>Office of Unfair Import Investigations<br>**U.S. International Trade Commission**<br>500 E Street, S.W., Suite 401<br>Washington, D.C. 20436<br>Ryan.Schmid@usitc.gov | ☐ Via Hand Delivery<br>☒ Via Electronic Mail |
| ***Counsel for NVIDIA Corporation:***<br><br>William F. Lee<br>Michael J. Summersgill<br>Jordan Hirsch<br>Harry Hanson<br>Rachel Bier<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br><br>Todd Zubler<br>Grant Rowan<br>Amanda L. Major<br>Heath Brooks<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037 | ☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☒ Via Electronic Mail |

1

| | |
|---|---|
| Telephone: (202) 663-6000<br>Derek A. Gosma<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>WHNvida-<br>Onesta1450Servicelist@wilmerhale.com | |
| ***Counsel for Qualcomm, Inc.:***<br><br>Deanna Tanner Okun<br>Daniel F. Smith<br>Lauren E. Peterson<br>Sean M. Wesp<br>**Polsinelli P.C.**<br>1401 Eye Street N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 626-8320<br>qcom-1450-itc@polsinelli.com<br><br>Jennifer Swize<br>Vishal Khatri<br>Nicholas D'Andrea<br>Derek Walker<br>Yury Kalish<br>Hong Jun-Ha<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br><br>William Devitt<br>Matthew Hertko<br>Kristina Hendricks<br>James Twieg<br>Marc Blackman<br>**Jones Day**<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606<br><br>Dalton Earich<br>Hannah Mehrle<br>David Linden<br>**Jones Day**<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | ☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☒ Via Electronic Mail |

2

| | |
|---|---|
| Keith Davis<br>**Jones Day**<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br><br>Michael Lavine<br>**Jones Day**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>qualcomm-onesta-itc@jonesday.com | |
| ***Counsel for OnePlus Technology (Shenzhen) Co., Ltd.:***<br><br>Jack Ko, Ph.D.<br>Nannan Li<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>Suite 3001, 30th Floor, Jing An Kerry Center, Tower 2<br>1539 Nanjing Road West Shanghai, 200041<br>86.21.6137.7999<br>jack.ko@pillsburylaw.com<br>nannan.li@pillsburylaw.com<br>OnePlusITC1450@Pillsburylaw.com<br><br><br>Theresa A. Roozen<br>Michael Grosso<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>7900 Tysons One Place, Suite 500<br>Tysons, VA 22102<br>(703) 770-7900<br>theresa.roozen@pillsburylaw.com<br>michael.grosso@pillsburylaw.com | ☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☒ Via Electronic Mail |
| ***Counsel for Nothing Technology Limited:***<br><br>Charles S. Barquist<br>MASCHOFF BRENNAN GILMORE<br>ISRAELSEN & MAURIEL<br>1801 Century Park East, Suite 2400<br>Los Angeles, California 90067<br><br>Jacob O. Israelsen<br>MASCHOFF BRENNAN GILMORE<br>ISRAELSEN & MAURIEL | ☐ Via Hand Delivery<br>☐ Via Federal Express (Overnight)<br>☒ Via Electronic Mail |

3

| 95 S State Street, Suite 800<br>Salt Lake City, Utah 84123<br>MB_NTech_337-TA-1450@mabr.com<br>jisraelsen@mabr.com<br>cbarquist@mabr.com | |

*Megan A. De Renzis*

Megan  De Renzis
*Legal Specialist*
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
202.434.7406
MADeRenzis@mintz.com

4