## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Ex Parte Application of      :
BAYERISCHE MOTOREN WERKE      :     No. 2:25-mc-00073
AKTIENGESELLSCHAFT for an Order    :
Pursuant to 28 U.S.C. Section 1782 to    :
Obtain Discovery for Use in Foreign     :
Proceedings.      :
     :

### ORDER

AND NOW, this 9th day of April 2026, upon consideration of BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT's ("BMW AG") Motion for Leave to File a Reply to William Marino's Response in Opposition and Objection to Motion to Compel Discovery, it is ORDERED that BMW AG's Motion for Leave is DENIED.

In lieu of further motion practice, this Court will instead hold oral argument on the matter on May 11, 2026, at 2:00PM. Argument will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106 in a courtroom to be determined.[1] The parties should be prepared to discuss not only the merits of the discovery dispute before this Court, but also any impact related litigation in other jurisdictions might have on the disposition of this matter.

The Clerk of Court is DIRECTED to consolidate the above matter with the matter docketed at 2:25-mc-00074.

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] The parties will be notified of the courtroom assignment one week prior to the scheduled argument.