**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Ex Parte Application of )
BAYERISCHE MOTOREN WERKE )
AKTIENGESELLSCHAFT for an Order ) C.A. No. 25-073-GAW
Pursuant to 28 U.S.C. Section 1782 to Obtain )
Discovery for Use in Foreign Proceeding. )
)

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S**
<u>**WRITTEN UPDATE**</u>

OF COUNSEL:
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
 (571) 203-2750

Matthew C. Berntsen
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
(617) 646-1618

Joseph M. Myles
David T. Faurie
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4372

Dated: May 21, 2026

Andrew E. Russell (No. 329958)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Applicant Bayerische Motoren*
*Werke Aktiengesellschaft*

Pursuant to the Court's May 19, 2026 Order (Dkt. 26), Applicant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") respectfully submits the following written update in response to the Court's inquiries:

**(1) Whether BMW AG will appeal the Munich Regional Court I's May 12, 2026 orders setting the value in dispute at EUR 1,000,000 in each of the three Munich infringement actions**

BMW AG will appeal the Munich Regional Court I's May 12, 2026 value-in-dispute Orders.

**(2) Whether BMW AG will pursue the EP '920 nullity action in light of Onesta's May 13, 2026 Covenant Not to Sue for infringement of the EP '920 patent**

BMW AG will continue to pursue the pending EP '920 nullity action notwithstanding Onesta's May 13, 2026 Covenant Not to Sue.

|  |  |
|---|---|
| | /s/ Andrew E. Russell |
| | Andrew E. Russell (No. 329958) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Lionel M. Lavenue | 1105 North Market Street, 12th Floor |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19801 |
| GARRETT & DUNNER, LLP | (302) 298-0700 |
| 1875 Explorer Street | arussell@shawkeller.com |
| Suite 800 | *Attorney for Applicant Bayerische Motoren* |
| Reston, VA 20190-6023 | *Werke Aktiengesellschaft* |
| (571) 203-2750 | |

Matthew C. Berntsen
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
(617) 646-1618

1

Joseph M. Myles
David T. Faurie
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4372

Dated: May 21, 2026

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, this document was served on the persons listed below

in the manner indicated:

**BY EMAIL**

Ryan W. O'Donnell
VOLPE KOENIG
30 South 17th Street, 18th Floor
Philadelphia, PA 19103
(215) 568-6400
rodonnell@vklaw.com

Jason D. Cassady
Eric Horsley
Daniel R. Pearson
CALDWELL CASSADY & CURRY
2121 North Pearl Street, Suite 1200
Dallas, TX 75201
(214) 888-4848
jcassady@caldwellcc.com
ehorsley@caldwellcc.com
dpearson@caldwellcc.com

/s/ Andrew E. Russell
Andrew E. Russell (No. 329958)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Applicant Bayerische Motoren Werke Aktiengesellschaft*

3