**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Ex Parte Application of BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT for an Order Pursuant to 28 U.S.C. Section § 1782 to Obtain Discovery for Use in Foreign Proceeding | Civil Action No. 2:25-mc-00073-GAW |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

In accordance with Federal Rule of Civil Procedure 26(c)(1), the Local Rules, and this Court's Guidelines, Applicant Bayerische Motoren Werke Aktiengesellschaft ("BMW") and Respondent Mr. William Marino ("Mr. Marino") (collectively, the "Parties") jointly move for entry of the Proposed Stipulated Protective Order attached as <u>Exhibit A</u> ("Stipulated Protective Order"). In support of this Motion, the Parties state as follows:

1. Counsel for BMW and Mr. Marino have conferred and reached agreement on the form of the proposed Stipulated Protective Order, a copy of which is attached as <u>Exhibit A</u>.

2. Proceedings in this action, including discovery, will involve the production of certain documents, answers to discovery, testimony, and other evidence containing private, proprietary, and/or confidential business information. The confidential information at issue is not important to matters of public health or safety. Such information would be of no interest or value to the general public, except as to those persons who would seek to unlawfully exploit such information. Therefore, serious harm would result from the public disclosure of such information or the use of such information for purposes other than the litigation of this action.

3. The Parties have agreed upon the terms of the Stipulated Protective Order to expedite the flow of discovery materials, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the Parties are entitled to

keep confidential, to ensure that only materials the Parties are entitled to keep confidential are subject to such treatment, and to ensure that the Parties are permitted reasonably necessary uses of such materials in preparation for and in the conduct of trial, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Entry of the proposed Stipulated Protective Order is appropriate under Rule 26(c)(1), which recognizes that protective orders are a proper means of protecting "confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G).

5. The Parties submit that good cause exists for the Court to grant the Stipulated Protective Order, pursuant to the requirements of *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994). In assessing whether "good cause" exists, the Third Circuit has adopted a balancing approach, which considers the following factors:

    a.  whether disclosure will violate any privacy interest;

    b.  whether the information is being sought for a legitimate purpose or for an improper purpose;

    c.  whether disclosure of the information will cause a party embarrassment;

    d.  whether confidentiality is being sought over information important to public health and safety;

    e.  whether the sharing of information among litigants will promote fairness and efficiency;

    f.  whether a party benefiting from the order of confidentiality is a public entity or official; and

    g.  whether the case involves issues important to the public.

*Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 483 (3d Cir. 1995) (citing *Pansy*, 23 F.3d at 787-91). This assessment involves a balancing of harm to the party seeking protection from disclosure against the importance of disclosure to the public. *Pansy*, 23 F.3d at 787.

6. Applying the Third Circuit's balancing test in the instant litigation demonstrates that the Parties have good cause for this motion. In order to proceed with discovery, the Parties will need to disclose to one another information they deem confidential, including competitively sensitive marketing, financial, sales, licensing, and other confidential business and business strategy information. Public disclosure of such information could irreparably harm the Parties' business interests. Moreover, such information would be of no interest or value to the general public, except as to those persons who would seek to unlawfully exploit such information. The confidential information at issue is not important to matters of public health or safety. For these reasons, the proposed Protective Order should be entered.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion for Entry of Stipulated Protective Order.

Respectfully Submitted,

**On behalf of Applicant**
**Bayerische Motoren Werke**
**Aktiengesellschaft**

By: */s/Andrew E. Russell*
Andrew E. Russell (No. 329958)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
Email: arussell@shawkeller.com

OF COUNSEL:
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750

Matthew C. Berntsen
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane, Sixth Floor
Boston, MA 02210-2001
Telephone: (617) 646-1618

Joseph M. Myles
David T. Faurie
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone (202) 408-4372

*Attorneys for Applicant*
*Bayerische Motoren Werke*
*Aktiengesellschaft*

Dated: June 19, 2026

**On behalf of Respondent**
**Mr. William Marino**

By: */s/Ryan W. O'Donnell*
Ryan W. O'Donnell (PA 89,775)
Email: RODonnell@vklaw.com
VOLPE KOENIG
30 S. 17th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6400
Facsimile: (215) 568-6499

Jason D. Cassady (*pro hac vice*)
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Daniel R. Pearson (*pro hac vice*)
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Eric Horsley (*pro hac vice*)
Texas Bar No. 24131396
Email: ehorsley@caldwellcc.com
CALDWELL CASSADY & CURRY P.C.
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:      (214) 888-4849

*Attorneys for Respondent*
*Mr. William Marino*

Dated: June 19, 2026

4

## CERTIFICATE OF SERVICE

I hereby certify that, on **June 19, 2026**, I caused a true and correct copy of the Joint Motion for Stipulated Entry of Protective Order to be served via the Court's ECF system upon all counsel of record.

*/s/ Ryan W. O'Donnell*
Ryan W. O'Donnell